CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jahinnslerth Orozco )
)
)
)
                      vs         Plaintiff )   Civil Action No. 07-00444
)
Today's Bus, Inc. )
Dong Jia Yong, President, Today's Bus, Inc. )
Ming Yu, Manager, Today's Bus, Inc. )
Wilcar Tours, Inc. )
William Ruiz, President, Wilcar Tours, Inc. )
                                 Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Jahinnslerth Orozco__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __University Legal Services, Inc.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Amy B. Metzel_
Signature

DC Bar No. 485614
BAR IDENTIFICATION NO.

Amy B. Metzel, Esq.
Print Name

220 I Street, NE, Suite 130
Address

Washington, DC         20002
City        State      Zip Code

(202) 547-0198 ext. 102
Phone Number