UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| PLAINTIFF | |
|---|---|
| JAHINNSLERTH OROZCO, | Case No. 1:07 CV00444 |
| vs. | |
| DEFENDANT | Affidavit of Process Service |
| TODAY'S BUS, INC ET AL. | |

I, Pauline Purvis, declare that I am a resident of Wake County, North Carolina, over the age of eighteen and not a party to this action; and that the facts herein set forth below are true and correct to the best of my knowledge, information and belief.

**Service:** ☒ I served WILCAR TOURS, INC with the SUMMONS, INITIAL ORDER WITH ECF REGISTRATION FORM, FORMS, FORMS CO-942A AND CO-0942, CIVIL COVER SHEET, AND COMPLAINT by serving HEYWARD PELZER at 1107 SWEET GALE DR., DURHAM NC 27704 on 3/14/07 at 8:22 PM.

**Manner of Service:** ☒ By personally delivering copies to the person/authorized agent of the entity being served.

☐ By leaving during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

☐ By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household 18 or older and explaining the general nature of the papers. Thereafter, copies of the document were mailed by prepaid, first class mail on        from        .

☐ By posting copies in a conspicuous manner to the address of the person/entity being served. Thereafter, copies of the document were mailed by prepaid, first class mail on        from        .

**Description:** Age: 35-40, Sex: Male, Race: Negro, Height: 6'0"-6'5", Weight: 210-over lbs., Hair: Black Glasses: No, Other:

**Non-Service:** ☐ After due search, careful inquiry and diligent attempts at the address listed below, I have been unable to effect process upon        at        because of the following reason:

**Service Attempts:** Service was attempted on        at     ,     at     ,     at     .

I declare under the penalty of perjury that the information contained herein is true and correct and this affidavit was executed on March 14, 2007 at Raleigh, NC.

Pauline Purvis

State of North Carolina
County of Wake

Sworn to and subscribed before me on March 14, 2007.

Alice W. Penny, Notary Public

My commission expires on January 19, 2010.

Process Servers of North Carolina          A Division of Paralegal Services of North Carolina, Inc.

120 Penmarc Drive, Suite 118, Raleigh, NC 27603-2400
(919) 821-7762