# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Jahinnslerth Orozco
Plaintiff(s)

vs

Dong Jia Yong
Defendant(s)

**RECEIVED**

MAR 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case Number: <u>1:07CV00444 EGS</u>

## AFFIDAVIT OF SERVICE

I, Maurice S. Liggins, hereby certify that on March 8, 2007 at 3:00 PM, I executed service of process upon **JIMMY ZHANG, MANAGER, AUTHORIZED TO ACCEPT SERVICE OF DONG JIA YONG, PRESIDENT OF TODAY'S BUS** at Today's Bus, Inc., 610 I Street NW, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Civil Cover Sheet.

Jimmy Zhang is described as a Asian Male, approximately 6' 1" tall, 180-190 pounds, Brown eyes, Brown hair, and 27 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 59 years of age, Date of Birth 11/16/47; and that I am not a party to this action.

The cost of service is $15.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2007.

Date March 12, 2007.

_____
Maurice S. Liggins

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 75934

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jahinnslerth Orozco

**SUMMONS IN A CIVIL CASE**

V.

Today's Bus, Inc.
Dong Jia Yong, President, Today's Bus, Inc.
Ming Yu, Manager, Today's Bus, Inc.
Wilcar Tours, Inc.
William Ruiz, President, Wilcar Tours, Inc.

CASE NUMBER 1:07CV00444

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 03/07/2007

TO: (Name and address of Defendant)

Dong Jia Yong, President
Today's Bus, Inc.
610 I St., NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy Metzel, Esq.
University Legal Services
220 I St., NE #130
Washington, D.C. 20002

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

(By) DEPUTY CLERK

DATE    MAR 0 7 2007

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Jahinnslerth Orozco
Plaintiff(s)

vs

Case Number: 1:07CV00444 EGS

Today's Bus, Inc.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Maurice S. Liggins, hereby certify that on March 8, 2007 at 3:00 PM, I executed service of process upon **JIMMY ZHANG, MANAGER, AUTHORIZED TO ACCEPT SERVICE OF TODAY'S BUS, INC.** at 610 I Street NW, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Civil Cover Sheet.

Jimmy Zhang is described as a Asian Male, approximately 6' 1" tall, 180-190 pounds, Brown eyes, Brown hair, and 27 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 59 years of age, Date of Birth 11/16/47; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 12, 2007.

Date March 12, 2007.

_____
Maurice S. Liggins

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on March 12, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 75933

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Jahinnslerth Orozco

**SUMMONS IN A CIVIL CASE**

V.

Today's Bus, Inc.
Dong Jia Yong, President, Today's Bus, Inc.
Ming Yu, Manager, Today's Bus, Inc.
Wilcar Tours, Inc.
William Ruiz, President, Wilcar Tours, Inc.

CASE NUMBER   1:07CV00444

JUDGE: Emmet G. Sullivan

DECK TYPE: Civil Rights

DATE STAMP: 03/07/2007

TO: (Name and address of Defendant)

Today's Bus, Inc.
610 I St., NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy Metzel, Esq.
University Legal Services
220 I St., NE  #130
Washington, D.C. 20002

an answer to the complaint which is served on you with this summons, within ___**twenty (20)**___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                    MAR 0 7 2007

CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK