Office No.

UNITED STATES DISTRICT COURT DIST. OF COLUMBIA

Index No. 07CV00444

**Jahinnslerth Orozco**

-against-

**Today's Bus, Inc. et al**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Substituted Service**

**Robert Ramsey**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **3/14/2007**, at **5:30 pm**, at **Wilcar Tours, Inc. 81-14 Baxter Ave, apt 5G Jackson Heights, NY 11373**

I served the **Summons & Complaint, Initial Order with ECF registration form, forms CO-942A & CO-0942, Civil Cover Sheet**

Upon **William Ruiz, President**, by delivering a true copy bearing Index # 07CV00444

to a person of suitable age and discretion,

to wit: **Gloria Ruiz, Wife**,

who verified that the intended recipient actually resides/is employed at this location.
Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Brown; Hair: Brown; Approx. Age: 30-34; Approx. Height: 5'5";
Approx. Weight: 150; Other:**

That on 3/16/2007, your deponent mailed another true copy of same by first class mail properly
enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**Wilcar Tours, Inc. 81-14 Baxter Ave, apt 5G Jackson Heights, NY 11373**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient. Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me on 3/16/2007 :

Jonathan Tatun
Notary Public, State of New York
No. 01TA6113026
Qualified in Suffolk County
Commission Expires 7/19/2008

Robert Ramsey - NYC License # 871312

Attorney: University Legal Services, Inc.
, 220 1 Street, N.E., Ste. 130, Washington, DC  20002
Phone: 202-547-0198 ext 102

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (102839)