Office No.

UNITED STATES DISTRICT COURT DIST. OF COLUMBIA

Index No. 07CV00444

Jahinnslerth Orozco

-against-

Today's Bus, Inc. et al

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Delivery**
**Individual**

**Anthony McCreath**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **3/19/2007**, at **3:45pm**, at **Today Bus Co., 198 Randolph St.** Brooklyn, NY 11237

I served the **Summons & Complaint, Initial Order with ECF registration form, forms CO-942A & CO-0942, Civil Cover Sh**

Upon **Ming Yu, Manager**, by delivering a true copy bearing Index # 07CV00444

to **Ming Yu, Manager**, personally.

Deponent knew the person so served to be the person described in the said documents.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Male; Color: Yellow; Hair: Black; Approx. Age: 38; Approx. Height: 5'7";**
**Approx. Weight: 220; Other:**

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act. The defendant wore ordinary civilian clothes and no military uniform.

Sworn to before me on 3/20/2007

_____
Jonathan Tatun
Notary Public, State of New York
No. 01TA6113026
Qualified in Suffolk County
Commission Expires 7/19/2008

_____
Anthony McCreath - NYC License # 1139172

Attorney: University Legal Services, Inc.
, 220 1 Street, N.E., Ste. 130, Washington, DC 20002
Phone: 202-547-0198 ext 102

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (102839)