# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jahinnslerth Orozco,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action # 07-00444 (EGS) |
| v. ) | |
| ) | In re: Today's Bus, Inc. |
| **Today's Bus, Inc.,** ) | |
| **Dong Jia Yong,** ) | |
| **Ming Yu,** ) | |
| **Wilcar Tours, Inc.,** ) | |
| and ) | |
| **William Ruiz,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury this 4th day of April, 2007, that:

1) I am the attorney of record for the plaintiff in the above-entitled case;

2) Examination of the court files and record in this case shows that defendant Today's Bus, Inc. was served with a copy of summons, together with a copy of plaintiff's complaint, on March 8, 2007, through personal service on a company representative authorized to accept service at the Today's Bus, Inc. office at 610 I Street NW, Washington, DC 20001;

3) No appearance has been entered by Today's Bus, Inc. in this case, no pleading has been filed and none served upon the attorney for the plaintiff, no extension has been requested and the time for filing (March 28, 2007) has expired.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against defendant Today's Bus, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

   /s/  Amy B. Metzel
Amy B. Metzel (DC Bar No. 485614)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 102; 202-547-2662 (fax)
email: ametzel@uls-dc.org