UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jahinnslerth Orozco,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action # 07-00444 (EGS) |
| v. | ) | |
| | ) | In re: Dong Jia Yong |
| **Today's Bus, Inc.,** | ) | |
| **Dong Jia Yong,** | ) | |
| **Ming Yu,** | ) | |
| **Wilcar Tours, Inc.,** | ) | |
| and | ) | |
| **William Ruiz,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury this 4th day of April, 2007, that:

1) I am the attorney of record for the plaintiff in the above-entitled case;

2) Examination of the court files and record in this case shows that defendant Dong Jia Yong, president of Today's Bus, Inc., was served with a copy of summons, together with a copy of plaintiff's complaint, on March 8, 2007, through personal service on a company representative authorized to accept service for Mr. Yong at the Today's Bus, Inc. office at 610 I Street NW, Washington, DC 20001;

3) No appearance has been entered by Dong Jia Yong in this case, no pleading has been filed and none served upon the attorney for the plaintiff, no extension has been requested and the time for filing (March 28, 2007) has expired, and the defendant is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against defendant Dong Jia Yong pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

  /s/  Amy B. Metzel
Amy B. Metzel (DC Bar No. 485614)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 102; 202-547-2662 (fax)
email: ametzel@uls-dc.org

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jahinnslerth Orozco,  )<br> ) <br>                    Plaintiff,   )<br>  v.                                )<br>                                    )<br>Today's Bus, Inc.,            )<br>Dong Jia Yong,              )<br>Ming Yu,                         )<br>Wilcar Tours, Inc.,          )<br>    and                            )<br>William Ruiz,                  )<br>                                    )<br>                    Defendants.  )<br>                                    ) | Civil Action # 07-00444 (EGS)<br><br>In re: Dong Jia Yong |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Servicemembers Civil Relief Act of 2003,
50 U.S.C. App., § 501 *et seq*)

I hereby certify the following under penalty of perjury, this 4th day of April, 2007, that:

1)   I am the attorney of record for the plaintiff in the above-listed case and make this certificate in plaintiff's behalf pursuant to the provisions of the Servicemembers Civil Relief Act of 2003;

2)   I have undertaken an investigation to ascertain whether or not the above-named defendant, Dong Jia Yong, is in the military service of the United States or its Allies, that representatives of Today's Bus, Inc. have failed to provide contact information for Mr. Yong or his attorney, and that I have found no evidence indicating that Mr. Yong is in the military service of the United States or its Allies.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

I do therefore file this certificate pursuant to 50 U.S.C. App. §521(b)(1)(B), stating that I have been unable to determine definitively whether or not defendant Dong Jia Yong is in the military service.

   /s/  Amy B. Metzel
Amy B. Metzel (DC Bar No. 485614)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 102; 202-547-2662 (fax)
email: ametzel@uls-dc.org