UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jahinnslerth Orozco,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action # 07-00444 (EGS)** |
| v. | ) | |
| | ) | **In re: Wilcar Tours, Inc.** |
| **Today's Bus, Inc.,** | ) | |
| **Dong Jia Yong,** | ) | |
| **Ming Yu,** | ) | |
| **Wilcar Tours, Inc.,** | ) | |
| and | ) | |
| **William Ruiz,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 4th day of April, 2007, that:

1)   I am the attorney of record for the plaintiff in the above-entitled case;

2)   Examination of the court files and record in this case shows that defendant Wilcar Tours, Inc. was served with a copy of summons, together with a copy of plaintiff's complaint, on March 14, 2007, through personal service on a company representative authorized to accept service at the principal office address for Wilcar Tours, Inc. at 1107 Sweet Gale Drive, Durham, NC 27704;

3)   No appearance has been entered by Wilcar Tours, Inc. in this case, no pleading has been filed and none served upon the attorney for the plaintiff, no extension has been requested and the time for filing (April 3, 2007) has expired.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against defendant Wilcar Tours, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

   /s/  Amy B. Metzel
Amy B. Metzel (DC Bar No. 485614)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC 20002
202-547-0198 ext. 102; 202-547-2662 (fax)
email: ametzel@uls-dc.org