UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jahinnslerth Orozco,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action # 07-00444 (EGS) |
| v. | ) | |
| | ) | In re: William Ruiz |
| **Today's Bus, Inc.,** | ) | |
| **Dong Jia Yong,** | ) | |
| **Ming Yu,** | ) | |
| **Wilcar Tours, Inc.,** | ) | |
| and | ) | |
| **William Ruiz,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 4th day of April, 2007, that:

1)   I am the attorney of record for the plaintiff in the above-entitled case;

2)   Examination of the court files and record in this case shows that defendant William Ruiz, President of Wilcar Tours, Inc., was served with a copy of summons, together with a copy of plaintiff's complaint, on March 14, 2007, through personal service accepted by Mr. Ruiz' wife Gloria at his residence and/or place of employment at 81-14 Baxter Avenue, Apt 5G, Jackson Heights, NY 11373;

3)   No appearance has been entered by Mr. Ruiz in this case, no pleading has been filed and none served upon the attorney for the plaintiff, no extension has been requested and the time for filing (April 3, 2007) has expired, and the defendant is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against defendant William Ruiz pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

  /s/ Amy B. Metzel
Amy B. Metzel (DC Bar No. 485614)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 102; 202-547-2662 (fax)
email: ametzel@uls-dc.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jahinnslerth Orozco,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action # 07-00444 (EGS) |
| v. ) | |
| ) | In re: William Ruiz |
| **Today's Bus, Inc.,** ) | |
| **Dong Jia Yong,** ) | |
| **Ming Yu,** ) | |
| **Wilcar Tours, Inc.,** ) | |
| and ) | |
| **William Ruiz,** ) | |
| ) | |
| **Defendants.** ) | |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Servicemembers Civil Relief Act of 2003,
50 U.S.C. App., § 501 *et seq*)

I hereby certify the following under penalty of perjury, this 4th day of April, 2007, that:

1) I am the attorney of record for the plaintiff in the above-listed case and make this certificate in plaintiff's behalf pursuant to the provisions of the Servicemembers Civil Relief Act of 2003;

2) I have caused careful investigation to be made to ascertain whether or not the above-named defendant, William Ruiz, is in the military service of the United States or its Allies and that a result of said investigation (see Return of Service/Affidavit for William Ruiz, filed with the Court on March 22, 2007), I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

   /s/  Amy B. Metzel
Amy B. Metzel (DC Bar No. 485614)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 102; 202-547-2662 (fax)
email: ametzel@uls-dc.org