Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

JAHINNSLERTH OROZCO

    Plaintiff(s)

Civil Action No. 07-444 EGS

V.

TODAY'S BUS, INC., et al

    Defendant(s)

RE: WILCAR TOURS, INC.; WILLIAM RUIZ

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 14, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of April, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk