```
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
```

**Jahinnslerth Orozco**          :
       Plaintiff,          :
                               : APPEARANCE
v.                               : Civil Action No. 07-444 (EGS)
                               :
**Today's Bus, Inc., et.al.,**   :
                               :
       Defendants.          :
................................

To the Clerk of this Court and all parties of record:

Please enter the appearance of Daniel S. Chang, Esq. as counsel in this case for Ming Yu, Defendant.

Date: May 29, 2007

Bar ID: 954388

                                          __/s/_____
                                          Daniel S. Chang
                                          1101 14th Street, N. W.
                                          #710
                                          Washington, DC 20005
                                          (202) 347-6566
                                          (202)408-7903 (fax)