ORIGINAL

| | Office No. |
|---|---|
| UNITED STATES DISTRICT COURT DIST. OF COLUMBIA | Index No. 07CV00444 (EGS) |

JAHINNSLERTH OROZCO

-against-

TODAY'S BUS INC., ET AL

## AFFIDAVIT OF SERVICE

**Substituted Service**

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**David Goldberg**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.
That on **9/28/2007**, at **11:46 am**, at **New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
I served the **Amended Summons and Amended Complaint**
Upon **Tom Chan, Manager**, by delivering a true copy bearing Index # 07CV00444 (EGS)
to a person of suitable age and discretion,
to wit: **Amity Wu, Coworker**,
who verified that the intended recipient actually resides/is employed at this location.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Yellow; Hair: Black; Approx. Age: 35-39; Approx. Height: 5'3";
Approx. Weight: 125; Other:**

That on 10/1/2007, your deponent mailed another true copy of same by first class mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient. Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me on 10/1/2007:

**Denise Lowe**
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # - 916033

9163

| Attorney: University Legal Services, Inc. | SERVICE AGENT: National Process Service |
|---|---|
| , 220 I Street, N.E., Ste. 130, Washington, DC 20002 | 20 Vesey Street, New York, NY 10007-2953 |
| Phone: 202-547-0198 ext 102 | Phone (212) 349-3776 (106144) |

ORIGINAL

Office No.

UNITED STATES DISTRICT COURT DIST. OF COLUMBIA

Index No. 07CV00444 (EGS)

JAHINNSLERTH OROZCO

-against-

TODAY'S BUS INC., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
COUNTY OF NEW YORK )

**Substituted Service**

**David Goldberg**, being duly sworn, deposes and says:
I am over the age of 18 years, am not party to this action, and reside in the State of New York.
That on **9/28/2007** , at **11:46 am**, at **New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
I served the **Amended Summons and Amended Complaint**
Upon **Pao Hua Yu, President**, by delivering a true copy bearing Index # 07CV00444 (EGS)
to a person of suitable age and discretion,
to wit: **Amity Wu, Coworker**,
who verified that the intended recipient actually resides/is employed at this location.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Yellow; Hair: Black; Approx. Age: 35-39; Approx. Height: 5'3";
Approx. Weight: 125; Other:**

That on 10/1/2007, your deponent mailed another true copy of same by first class mail properly
enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient.  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me on 10/1/2007 :

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # - 916033

9162

Attorney: University Legal Services, Inc.
, 220 I Street, N.E., Ste. 130,Washington, DC   20002
Phone: 202-547-0198 ext 102

SERVICE AGENT:  National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (106144)

Office No.

UNITED STATES DISTRICT COURT DIST. OF COLUMBIA

Index No. 07CV00444 (EGS)

JAHINNSLERTH OROZCO

-against-

TODAY'S BUS INC., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**David Goldberg**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **9/28/2007** , at **11:46 am**, at **d/b/a Today's Bus 13 Allen Street New York, NY 10002**

I served the **Amended Summons and Amended Complaint**

Upon **New Today Bus Corp.**,

by delivering a true copy bearing Index # 07CV00444 (EGS)

to **Amity Wu**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex:** Female; **Color:** Yellow; **Hair:** Black; **Approx. Age:** 35-39; **Approx. Height:** 5'3";
**Approx. Weight:** 125; **Other:**

Sworn to before me on 10/1/2007:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # - 916033

9161

Attorney/Client: University Legal Services, Inc.
, 220 I Street, N.E., Ste. 130, Washington, DC  20002
Phone: 202-547-0198 ext 102

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776  (106144)

| | Office No. |
|---|---|
| UNITED STATES DISTRICT COURT DIST. OF COLUMBIA | Index No. 07CV00444 (EGS) |

JAHINNSLERTH OROZCO

-against-

TODAY'S BUS INC., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF NEW YORK )

**Substituted Service**

**David Goldberg**, being duly sworn, deposes and says:
I am over the age of 18 years, am not party to this action, and reside in the State of New York.
That on **9/28/2007** , at **11:46 am**, at **New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
I served the **Amended Summons and Amended Complaint**
Upon **Tom Chan, Manager**, by delivering a true copy bearing Index # 07CV00444 (EGS)
to a person of suitable age and discretion,
to wit: **Amity Wu, Coworker**,
who verified that the intended recipient actually resides/is employed at this location.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Yellow; Hair: Black; Approx. Age: 35-39; Approx. Height: 5'3";
Approx. Weight: 125; Other:**

That on 10/1/2007, your deponent mailed another true copy of same by first class mail properly
enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient.  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me on 10/1/2007 :

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # -  916033

9163

| Attorney: University Legal Services, Inc.<br>, 220 I Street, N.E., Ste. 130, Washington, DC  20002<br>Phone: 202-547-0198 ext 102 | SERVICE AGENT:  National Process Service<br>20 Vesey Street, New York, NY 10007-2953<br>Phone (212) 349-3776  (106144) |
|---|---|

Office No.

UNITED STATES DISTRICT COURT DIST. OF COLUMBIA

Index No. 07CV00444 (EGS)

JAHINNSLERTH OROZCO

-against-

TODAY'S BUS INC., ET AL

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Substituted Service**

**David Goldberg**, being duly sworn, deposes and says:
I am over the age of 18 years, am not party to this action, and reside in the State of New York.
That on **9/28/2007**, at **11:46 am**, at **New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
I served the **Amended Summons and Amended Complaint**
Upon **Pao Hua Yu, President**, by delivering a true copy bearing Index # 07CV00444 (EGS)
to a person of suitable age and discretion,
to wit: **Amity Wu, Coworker**,
who verified that the intended recipient actually resides/is employed at this location.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Yellow; Hair: Black; Approx. Age: 35-39; Approx. Height: 5'3";**
**Approx. Weight: 125; Other:**

That on 10/1/2007, your deponent mailed another true copy of same by first class mail properly
enclosed and sealed in a postpaid wrapper addressed to the recipient at:
**New Today Bus Corp., d/b/a Today's Bus 13 Allen Street New York, NY 10002**
in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the recipient. Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York.

That at the time of service as aforesaid, I asked person so served or person spoken to whether the intended recipient was in the military service of State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid, I aver that the intended recipient is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York of Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me on 10/1/2007 :

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # - 916033

9162

Attorney: University Legal Services, Inc.
, 220 I Street, N.E., Ste. 130, Washington, DC  20002
Phone: 202-547-0198 ext 102

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (106144)

Office No.

UNITED STATES DISTRICT COURT DIST. OF COLUMBIA

Index No. 07CV00444 (EGS)

JAHINNSLERTH OROZCO

-against-

TODAY'S BUS INC., ET AL

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK )

**Personal Service**
**Business / Agency**

**David Goldberg**, being duly sworn, deposes and says:

I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on **9/28/2007**, at **11:46 am**, at **d/b/a Today's Bus 13 Allen Street New York, NY 10002**

I served the **Amended Summons and Amended Complaint**

Upon **New Today Bus Corp.**,

by delivering a true copy bearing Index # 07CV00444 (EGS)

to **Amity Wu**, Managing Agent.

Deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

Deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

**Sex: Female; Color: Yellow; Hair: Black; Approx. Age: 35-39; Approx. Height: 5'3";**
**Approx. Weight: 125; Other:**

Sworn to before me on 10/1/2007:

Denise Lowe
Notary Public, State of New York
No. 01LO6168083
Qualified in New York County
Commission Expires 6/4/2011

David Goldberg
NYC License # - 916033

Attorney/Client: University Legal Services, Inc.
, 220 I Street, N.E., Ste. 130, Washington, DC 20002
Phone: 202-547-0198 ext 102

SERVICE AGENT: National Process Service
20 Vesey Street, New York, NY 10007-2953
Phone (212) 349-3776 (106144)

9161