## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Jahinnslerth Orozco
Plaintiff(s)

vs

New Today Bus Corp dba Today's Bus
Defendant(s)

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2007 OCT -3 PM 3: 17

NANCY M.
MAYER-WHITTINGTON
CLERK

Case Number: <u>1:07CV00444 EGS</u>

### AFFIDAVIT OF SERVICE

I, Maurice S. Liggins, hereby certify that on October 1, 2007 at 12:00 PM, I executed service of process upon **JIMMY ZHANG, IN HIS OFFICIAL CAPACITY AS MANAGER OF NEW TODAY BUS CORP DBA TODAY'S BUS** at 610 I Street NW, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, First Amended Complaint, Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, Civil Cover Sheet.

Jimmy Zhang is described as a Asian Male, approximately 5' 10" tall, 180-190 pounds, Brown eyes, Brown hair, and 28 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 59 years of age, Date of Birth 11/16/47; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 1, 2007.

Date October 1, 2007.

_____
Maurice S. Liggins

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on October 1, 2007.

_____
My Commission Expires: 10-31-2011

Ref.# 78679

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JAHINNSLERTH OROZCO

V.

TODAY'S BUS, INC.
DONG JIA YONG
MING YU
WILCAR TOURS
WILLIAM RUIZ
NEW TODAY BUS CORP., dba Today's Bus
PAO HUA YU
TOM CHAN
JIMMY ZHANG

**SUMMONS IN A CIVIL CASE**

1:07CV00444 (EGS)

CASE NUMBER:

TO: (Name and address of Defendant)

JIMMY ZHANG, MANAGER
in his official capacity
NEW TODAY BUS CORP., dba TODAY'S BUS
610 I STREET NW
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MARJORIE L. RIFKIN, ESQ.
UNIVERSITY LEGAL SERVICES
220 I ST NE #130
WASHINGTON, DC 20002

an answer to the Amended complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

SEP 26 2007

DATE