UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Jahinnslerth Orozco,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-444 (EGS) |
| | ) | |
| **Today's Bus, Inc.,** *et al* | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW BY AMY METZEL**

Amy Metzel moves for leave to withdraw as counsel for Plaintiff in this matter. Marjorie Rifkin will continue to represent the Plaintiff. Attorney Metzel has consulted with counsel for Defendant Ming Yu (the only defendant to appear so far in this case), and he does not object to the withdrawal.

Dated: October 11, 2007

  /s/                                              /s/
Amy B. Metzel, Esq.                    Marjorie Rifkin, Esq.
Bar # 485614                                Bar # 437076
University Legal Services – P&A    University Legal Services – P&A
220 I Street, NE, Suite 130            220 I Street, NE, Suite 130
Washington, DC 20002                  Washington, DC 20002
(202) 547-0198 ext. 102                (202) 547-0198 ext. 128
(202) 547-2662 (fax)                     (202) 547-2662 (fax)

ATTORNEYS FOR PLAINTIFF