UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO | * |
|     Plaintiff | * |
| | * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC. ET. AL. | * |
|     Defendants | * |

### CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER

Come now New Today's Bus Corp., Pao Hua Yu and Jimmy Zhang, Co-Defendants named in the First Amended Complaint, by their counsel, Michael W. Lu, to move to enlarge the Co-Defendants' time to file an Answer to Plaintiff's First Amended Complaint based on the following reasons:

    1. According to Plaintiff's Return of Service, the First Amended Complaint was served upon the Co-Defendants on September 28, 2007 and the response is due by tomorrow, October 18, 2007.

    2. The undersigned counsel has just been presented with this matter and retained by the Co-Defendants on the morning of October 17, 2007. Therefore, counsel will need more time in order to obtain the complete case file, review its contents and prepare a proper, well-informed response to Plaintiff's First Amended Complaint. The undersigned counsel currently only has an incomplete copy of First Amended Complaint and a Return of Service for Ms. Yu at this time.

    3. Pursuant to LCVR 7.0(m), the undersigned counsel contacted Plaintiff's counsel, Ms. Marjorie Rifken, Esq., to discuss the requested enlargement of time for the Co-Defendants to make an answer to the Amended Complaint. Ms. Rifken has consented

1

to this request and agreed to extend the time limit for the Co-Defendants to file an answer on or before October 29, 2007.

      Wherefore, it is respectfully requested that this Court enter an order granting this Consent Motion to Enlarge Time to File Answer.

Respectfully submitted by,

_____/S/_____
Michael Wenyue Lu, DC Bar#452071
Law Offices of Michael W. Lu, LLC.
932 Hungerford Drive, Suite 8
Rockville, MD 20850
Tel.: 301-315-2670
Fax: 301-315-2672
E-mail: LuOffice@aol.com
Counsel for Co-Defendants

## CERTIFICATE OF SERVICE

I certify that on this 17th day of October, 2007 I served a copy of the foregoing Motion and the Corporate Disclosure by e-mail and fax to:

Plaintiff's Counsel: Marjorie Lynn Rifkin, Esq. at mrifkin@uls-dc.org

Defendants' Counsel: Daniel S. Chang at dscchang@hotmail.com

_____/S/_____
Michael Wenyue Lu

2

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO       Plaintiff | *  *  * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC. ET. AL.       Defendants | *  * |

### ORDER

Upon consideration of the Consent Motion to Enlarge Time to File Answer filed by Co-Defendants, New Today's Bus Corp., Pao Hua Yu and Jimmy Zhang, it is hereby

ORDERED that the time for the above Co-Defendants to answer the First Amended Complaint is enlarged to and including _____, 2007.


Dated: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE