UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLOMBIA

JAHINNSLERTH OROZCO                     *
        Plaintiff                     *
                                      *
    v.                                *
                                      * Case No.: 1:07CV00444 (EGS)
TODAY'S BUS, INC. ET. AL.                *
        Defendants                    *

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel for New Today Bus Corp., hereby certify that to the best of my knowledge and belief, it does not have any parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                Respectfully submitted by,

                _____/S/_____
                Michael Wenyue Lu, DC Bar#452071
                Law Offices of Michael W. Lu, LLC.
                932 Hungerford Drive, Suite 8
                Rockville, MD 20850
                Tel.: 301-315-2670
                Fax: 301-315-2672
                E-mail: LuOffice@aol.com
                Counsel for Co-Defendants