UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAHINNSLERTH OROZCO       *
      Plaintiff         *
             *
    v.            *
             *   Case No.: 1:07CV00444 (EGS)
TODAY'S BUS, INC., *et. al.*     *
      Defendants     *

## MOTION TO DISMISS

Comes now Co-Defendant Jimmy Zhang, by counsel, to move this Honorable Court to dismiss Plaintiff's First Amended Complaint against him under the Federal Rules of Civil Procedure and based on the following reasons:

1. This Co-Defendant was not involved, directly or indirectly, in the alleged discriminatory incidents against Plaintiff on December 31, 2006 and January 1, 2007. Plaintiff wrongfully added him to the co-defendants' list in the First Amended Complaint and wrongfully alleged that he "is a manager of the daily operations of New Today Bus Corp… worked (for New Today Bus Corp. at the time of the incidents) and continues to work for (New Today Bus Corp.)."

2. This Co-Defendant started working for New Today Bus Corp. in its DC office in April 2007, about 4 months after the alleged discriminatory incidents. His position was sales agent in charge of selling bus tickets. He quit New Today Bus Corp. in September 2007 and no longer works there. He resides in Washington DC and has never worked in New York for New Today Bus Corp or any other company.

3.  Therefore, the First Amended Complaint has failed to state any claim against Co-Defendant Jimmy Zhang, upon which relief may be granted.

4.  Further, the First Amended Complaint does not contain facts sufficient to constitute a cause of action against this Co-Defendant. Specifically, Plaintiff has failed to provide any evidence to establish that Jimmy Zhang was notified of, supervised, participated in, authorized or was the motivating force behind the discriminatory actions alleged in the First Amended Complaint. It is wrong to impute to him a claim for damages allegedly arising out of actions taken by other defendants.

5.  Additionally, Plaintiff has failed to provide any proof in support of any allegation made against this Co-Defendant or evidence of any plausible link in its First Amended Complaint.

6.  Therefore, Co-Defendant Jimmy Zhang generally denies all allegations against him in the First Amended Complaint.

7.  This Co-Defendant also generally denies any and all damages claimed by Plaintiff against him in the First Amended Complaint.

8.  Further, this Co-Defendant categorically denies that Plaintiff has been injured or damaged by him in any manner.

9.  Finally, this Co-Defendant denies any and all liabilities to Plaintiff.

Wherefore, Co-Defendant Jimmy Zhang prays that:

1.  This Motion to Dismiss be granted;

2.  Jimmy Zhang be stricken as a Co-Defendant from the First Amended Complaint;

3. Plaintiff be ordered to pay this Co-Defendant attorney's fees and all other legal expenses caused by Plaintiff's frivolous complaint.

Respectfully submitted by,

/S/
Michael W. Lu, DC Bar#452071
Law Offices of Michael W. Lu, LLC.
932 Hungerford Drive, Suite 8
Rockville, MD 20850
Tel.: 301-315-2670
Fax: 301-315-2672
E-mail: LuOffice@aol.com

CERTIFICATE OF SERVICE

I certify that on this 29th day of October, 2007, copies of the foregoing Motion and all listed exhibits were electronically mailed to:

Plaintiff's Counsel: Marjorie Lynn Rifkin, Esq. at mrifkin@uls-dc.org

Defendants' Counsel: Daniel S. Chang at dscchang@hotmail.com

/S/
Michael W. Lu, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO | * |
|     Plaintiff | * |
| | * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC. ET. AL. | * |
|     Defendants | * |

## ORDER

Upon consideration of the Motion to Dismiss filed by Co-Defendant, Jimmy Zhang, it is hereby

ORDERED, that Co-Defendant Jimmy Zhang's Motion to Dismiss is granted;

ORDERED, that Jimmy Zhang be stricken as a Co-Defendant from the First Amended Complaint; and it is further

ORDERED, that Plaintiff pay reasonable attorney's fees and legal expense in the amount of _____ to Co-Defendant Jimmy Zhang.

Dated: _____

                                                        _____
                                                        EMMET G. SULLIVAN
                                                        UNITED STATES DISTRICT JUDGE