UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAHINNSLERTH OROZCO           *
             Plaintiff        *
                              *
         v.                   *
                              * Case No.: 1:07CV00444 (EGS)
TODAY'S BUS, INC., *et. al.*  *
             Defendants       *

## MOTION TO DISMISS

Comes now Co-Defendant New Today Bus Corp., by counsel, to move this Honorable Court to dismiss Plaintiff's First Amended Complaint against it under the Federal Rules of Civil Procedure and based on the following reasons:

1. New Today Bus Corp. was not involved in the alleged discriminatory incident against Plaintiff on December 31, 2006 and January 1, 2007. New Today Bus Corp. is not the same company as Defendant Today's Bus, Inc.. Its trade name is "New Today's Bus", not "Today's Bus" as it was alleged in the Amended Complaint. It did not do, does not do, and will not do business as "Today's Bus". In fact, the two companies competed each other at the same locations in New York and Washington D.C. In Chinatown and other areas of Washington D.C., there are about 9 small bus companies competing for interstate passenger transportation at very low prices, including 6 companies run by Chinese minority owners and 3 by Jewish minority owners. Grey Hound and Peter Pan are not included. In New York, there are even more competitors.

2. Today's Bus, Inc. and New Today Bus Corp. are two completely different and distinct companies. Each company has different owners, officers, employees, and trade names. Today's Bus, Inc. started its business in New York in 2003 (see attached Co-Defendant's Exhibit A: Organization Information of Today's Bus, Inc.), while New Today Bus Corp. was incorporated in New York on January 27, 2006 (see Co-Defendant's Exhibit B: Approval Notice for New Today Bus Corp. issued by the State of New York) but it did not start doing business in Washington, D.C. until it registered with the DC government on April 6, 2007 (see Co-Defendant's Exhibit C: Organization Information) and its D.C. Certificate of Occupancy and Business License were approved on April 30, 2007 (see Co-Defendant's Exhibit D: C of O issued by the DCRA to New Today Bus Corp.). This start date is about four months after the alleged discriminatory incident.

3. New Today Bus Corp., owned and managed by Ms. Pao Hua Yu, has been using the trade name of "New Today's Bus" from January 2006 (see Co-Defendant's Exhibit E: a ticket issued by New Today Bus Corp. carrying its trade name: "New Today's Bus), while Today's Bus, Inc., which is owned and managed by Dong Jia Yong, has been using "Today's Bus" as its trade name for many years. Legally and practically, it was, and still is, impossible for New Today's Bus Corp. to use the trade name of "Today's Bus".

4. Therefore, the First Amended Complaint has failed to state any claim

against Co-Defendant New Today Bus Corp., upon which relief may be granted.

5. Further, the First Amended Complaint does not contain facts sufficient to constitute a cause of action against this Co-Defendant. Specifically, Plaintiff has failed to provide any evidence to establish that any officer or employee of New Today Bus Corp. were notified of, supervised, participated in, authorized or were the motivating force behind the discriminatory actions alleged in the First Amended Complaint. Therefore, a claim for damages allegedly arising out of actions taken by Defendants Today's Bus, Inc., Wilcars Tours, Inc., and others, cannot be imputed to New Today Bus Corp.

6. Additionally, Plaintiff has failed to provide any proof in support of any allegation made against this Co-Defendant or evidence of any link in its First Amended Complaint. Specifically, Plaintiff has failed to provide any evidence that New Today Bus Corp. owned, managed, or operated the vehicles involved in the two incidents or employed the drivers or other staff referred to in the allegations in the First Amended Complaint. In fact, Plaintiff has listed two other separate companies, Defendants Today's Bus, Inc. and Wilcars Tours, Inc., as owners, managers and operators of the buses involved in the allegations. Plaintiff also listed three other individuals as presidents, owners and employees of the above two corporate defendants. Therefore, Plaintiff has failed to provide any plausible evidence linking New Today Bus,

       Inc. to employees or vehicles involved in the allegations made in the First Amended Complaint.

7. Therefore, Co-Defendant New Today Bus Corp. generally denies all allegations in the First Amended Complaint.

8. New Today Bus Corp. also generally denies any and all damages claimed by Plaintiff against this Co-Defendant in the First Amended Complaint.

9. Further, New Today Bus Corp. categorically denies that Plaintiff has been injured or damaged by this Co-Defendant in any manner.

10. Finally, New Today Bus Corp. denies any and all liabilities to Plaintiff.

Wherefore, Co-Defendant New Today Bus Corp. prays that:

1. This Motion to Dismiss be granted;

2. New Today Bus, Inc. be stricken as a Co-Defendant from the First Amended Complaint;

3. Plaintiff be ordered to pay this Co-Defendant attorney's fees and all other legal expenses caused by Plaintiff's frivolous complaint.

       Respectfully submitted by,

       _____/S/_____
Michael W. Lu, DC Bar#452071
Law Offices of Michael W. Lu, LLC.
932 Hungerford Drive, Suite 8
Rockville, MD 20850
Tel.: 301-315-2670
Fax: 301-315-2672
E-mail: LuOffice@aol.com

ATTACHMENTS

CO-DEFENDANT'S EXHIBIT A: Organization Information of Today's Bus, Inc.

CO-DEFENDANT'S EXHIBIT B: Approval Notice for New Today Bus Corp. issued by the State of New York

CO-DEFENDANT'S EXHIBIT C: Organization Information for New Today Bus Corp.

CO-DEFENDANT'S EXHIBIT D: Certificate of Occupancy issued by the DCRA to New Today Bus Corp.

CO-DEFENDANT'S EXHIBIT E: a ticket issued by New Today Bus Corp. carrying its trade name: "New Today's Bus

CERTIFICATE OF SERVICE

I certify that on this 29th day of October, 2007, copies of the foregoing Motion and all listed exhibits were electronically mailed to:

Plaintiff's Counsel: Marjorie Lynn Rifkin, Esq. at mrifkin@uls-dc.org

Defendants' Counsel: Daniel S. Chang at dscchang@hotmail.com

_____/S/_____
Michael W. Lu, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC. ET. AL. | * |
| Defendants | * |

## ORDER

Upon consideration of the Motion to Dismiss filed by Co-Defendant, New Today's Bus Corp., it is hereby

ORDERED, that Co-Defendant New Today's Bus Corp's Motion to Dismiss is granted;

ORDERED, that New Today's Corp. be stricken as a Co-Defendant from the First Amended Complaint; and it is further

ORDERED, that Plaintiff pay reasonable attorney's fees and legal expense in the amount of _____ to Co-Defendant New Today's Bus Corp.


Dated: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)




## Organization Information

**DCRA HOME**
**SERVICES**
**INFORMATION**
**ONLINE SERVICE REQUESTS**

**Online Organization Registration**
Search Registered Organizations

**Organization Details - Step** 1 2 3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| Organization Name: | TODAY'S BUS INC. | DONG JIA YONG |
| State: | NY | 610 I STREET, NW |
| Status: | REVOKED | Washington, DC 20001 |
| Initial Date of Registration: | 9/30/2003 | |
| File No.: | 233482 | |
| Organization Type: | FOREIGN BUSINESS CORPORATION | |

[< Back to Main Page]  [< Return To Search Results]  [Print Results]  [New Search]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT B

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORAT.    AND STATE RECORDS                ALBANY, NY 12231-0001
                              FILING RECEIPT
================================================================================
ENTITY NAME: NEW TODAY BUS CORP.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: NEWY

SERVICE COMPANY: I.N.C. CORPORATE SERVICES                    SERVICE CODE: A1 *
================================================================================
FILED:01/27/2006  DURATION:PERPETUAL  CASH#:060127000169  FILM #:060127000161

ADDRESS FOR PROCESS
                                                              EXIST DATE
THE CORPORATION
157 ALLEN STREET STE 2D                                       01/27/2006
NEW YORK, NY 10002

REGISTERED AGENT


          STOCK:        200 NPV
```

*Articles of Incorporation*

-7-31#
ID# 20-4244311

```
================================================================================
FILER                              FEES        160.00   PAYMENTS      160.00
                                   FILING      125.00
                                   TAX          10.00   CASH            0.00
INCE CORPORATE SERVICES            CERT          0.00   CHECK         160.00
74-36 UNION STREET STE 205         COPIES        0.00   CHARGE          0.00
                                   HANDLING     25.00   DRAWDOWN        0.00
FLUSHING, NY 11354                                      OPAL            0.00
                                                        REFUND          0.00
================================================================================
```

# EXHIBIT C

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)




| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |

## Organization Information

**DCRA HOME**
**SERVICES**
**INFORMATION**
**ONLINE SERVICE REQUESTS**

### Online Organization Registration
Search Registered Organizations

**Organization Details - Step** 1 2 3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | NEW TODAY BUS CORP. | JIMMY ZHANG<br>610 I STREET, N.W.<br>Washington, DC 20001 |
| **State:** | NY | |
| **Status:** | ACTIVE | |
| **Initial Date of Registration:** | 4/6/2007 | |
| **File No.:** | 270969 | |
| **Organization Type:** | FOREIGN BUSINESS CORPORATION | |

[<< Back to Main Page]   [< Return To Search Results]   [Print Results]   [New Search]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT D

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)



Department of Consumer and Regulatory Affairs
Building and Land Regulation Administration
941 North Capitol Street N.E. room 2100
Washington D.C. 20002
Tel. (202) 442-4470    Fax (202) 442-4862

Government of the District of Columbia
BLRA 94A

# C of O

## CERTIFICATE OF OCCUPANCY

**PERMIT NO.**
CO 141781

THIS PERMIT IS VALID ONLY FOR THE PREMISES OF THE PROJECT ADDRESS

**DATE : 4/30/2007**

| ADDRESS: 610 I ST NW | FLOOR(S): BASEMENT ONLY | PRCLID: 0453 (square) | -0000- | 0821 (lot) |
|---|---|---|---|---|
| | | WARD: 2 | | ZONE: C3C |

**PERMISSION IS HEREBY GRANTED TO:**
CORPORATION: NEW TODAY BUS CORP.
ID No.: 00000

**TRADING AS:**
NEW TODAY BUS CORP.

**APPROVED USES:**
OFFICE SPACE

**PREVIOUS USES:**
OFFICE SPACE

**TYPE:** CHANGE OF OWNERSHIP

**BZA NO.:**

**OCCUPIED SQ. FOOTAGE:** 1,000

**OCCUP. LOAD:**

**EXPIRATION DATE:** NONE

**DESCRIPTION OF USE:**
OFFICE SPACE (SALES OF TICKETS).

**FEE:**

**FEE:** $33.00

THIS CERTIFICATE SHALL BE POSTED CONSPICUOUSLY ON THE ABOVE PREMISES AT ALL TIMES. IT IS VALID INDEFINITELY, unless an expiration date is stated, VALID ONLY for the premise at the above address or part thereof, and for the purpose(s), indicated above, and IS NOT TRANSFERABLE to another person or premises under ANY conditions. ANY CHANGE in the type of business, ownership of business, or part of premises used therefor, will render this Certificate VOID and a NEW Certificate must be obtained.

Interim Director
Linda K. Argo

PERMIT CLERK:
THINGOC MACXOAN

# EXHIBIT E

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)

New Today's Bus    www.ApexBus.com
From: New York    To: DC    Round Trip/Adult
Order Date:10/10/2007 12:27    Expires:10/10/2008
      **DEPART**        **ARRIVE**
Date
OPEN

FARE PAID: $17.50  Question? Call 212-343-3280

21188927 5

**Void if detached**

21188927 5
New Today's Bus

**Void if detached**