UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JAHINNSLERTH OROZCO      *
         Plaintiff         *
                    *
       v.             *
                    *   Case No.: 1:07CV00444 (EGS)
TODAY'S BUS, INC., *et. al.*      *
         Defendants      *

## MOTION TO DISMISS

Comes now Co-Defendant Pao Hua Yu, by counsel, to move this Honorable Court to dismiss Plaintiff's First Amended Complaint against her under the Federal Rules of Civil Procedure and based on the following reasons:

1.       New Today Bus Corp. and its President Pao Hua Yu were not involved in the alleged discriminatory incidents against Plaintiff on December 31, 2006 and January 1, 2007. New Today Bus Corp. is not the same company as Defendant Today's Bus, Inc.. Its trade name is "New Today's Bus", not "Today's Bus" as alleged in the Amended Complaint. Pau Hua Yu was not, is not, and will never be an owner and officer of Today's Bus, Inc. New Today Bus Corp. did not do, does not do, and will not do business as "Today's Bus". In fact, the two companies competed with each other at the same locations in New York and Washington DC. In Chinatown and elsewhere in Washington D.C., there are about 9 small bus companies competing for interstate passenger transportation at very low prices, which include 6 run by Chinese minority owners and 3 by Jewish minority owners. Grey Hound and Peter Pan are not included. In New York, there are even more competitors.

1

2.      Today's Bus, Inc. and New Today Bus Corp. are two completely different and distinct companies.  Each company has different owners, officers, employees, and trade names. Today's Bus, Inc. started its business in New York in 2003 (see attached Co-Defendant's Exhibit A: Organization Information of Today's Bus, Inc.), while New Today Bus Corp. was incorporated in New York on January 27, 2006 (see Co-Defendant's Exhibit B: Approval Notice for New Today Bus Corp. issued by the State of New York) but it did not start doing business in Washington, D.C. until it was registered with the D.C. government on April 6, 2007 (see Co-Defendant's Exhibit C: Organization Information for New Today Bus Corp.) and its D.C. Certificate of Occupancy and Business License were approved on April 30, 2007 (see Co-Defendant Exhibit D: C of O issued by the DCRA to New Today Bus Corp.).  This start date is about four months after the alleged discriminatory incident.

3.      New Today Bus Corp., which is owned and managed by Ms. Pao Hua Yu, has been using the trade name of "New Today's Bus" since January 2006 (see Co-Defendant's Exhibit E: a ticket issued by New Today Bus Corp. carrying its trade name: "New Today's Bus), while Today's Bus, Inc., which is owned and managed by Dong Jia Yong, has been using "Today's Bus" as its trade name for many years. Legally and practically, it was, and still is, impossible for New Today's Bus Corp. to use the trade name of "Today's Bus".

4.      Therefore, the First Amended Complaint has failed to state any claim against Co-Defendants New Today Bus Corp. and Pao Hua Yu, upon which relief may be granted.

5.  Further, the First Amended Complaint does not contain facts sufficient to constitute a cause of action against this Co-Defendant. Specifically, Plaintiff has failed to provide any evidence to establish that Pao Hua Yu or any other officer or employee of New Today Bus Corp. were notified of, supervised, participated in, authorized or were the motivating force behind the discriminatory actions alleged in the First Amended Complaint. Therefore, a claim for damages allegedly arising out of actions taken by Defendants Today's Bus, Inc., Wilcars Tours, Inc., and others, cannot be imputed to New Today's Bus Corp. and its owners and officers.

6.  Additionally, Plaintiff has failed to provide any proof in support of any allegation made against this Co-Defendant or evidence of any link in  its First Amended Complaint.  Specifically, Plaintiff has failed to provide any evidence that New Today Bus Corp. and/or Pau Hua Yu owned, managed, or operated the vehicles involved in the two incidents or employed the drivers or other staff referred to in the allegations in the First Amended Complaint. In fact, Plaintiff has listed two other separate companies, Defendants Today's Bus, Inc. and Wilcars Tours, Inc., as owners, managers and operators of the buses involved in the allegations. Plaintiff also listed three other individuals as presidents and employees of the above two corporate defendants. Therefore, Plaintiff has failed to provide any plausible evidence linking New Today Bus, Inc. and Pau Hua Yu to employees or vehicles involved in the allegations made in the First Amended Complaint.

3

7.      Therefore, Co-Defendant Pau Hua Yu generally denies all allegations against her in the First Amended Complaint.

8.      This Co-Defendant also generally denies any and all damages claimed by Plaintiff against her in the First Amended Complaint.

9.      Further, Pau Hua Yu categorically denies that Plaintiff has been injured or damaged by this Co-Defendant in any manner.

10.     Finally, this Co-Defendant denies any and all liabilities to Plaintiff.

Wherefore, Co-Defendant Pao Hua Yu prays that:

1.   This Motion to Dismiss be granted;

2.   Pau Hua Yu be stricken as a Co-Defendant from the First Amended Complaint;

3.   Plaintiff be ordered to pay this Co-Defendant attorney's fees and all other legal expenses caused by Plaintiff's frivolous complaint.

Respectfully submitted by,


_____/S/_____
Michael W. Lu, DC Bar#452071
Law Offices of Michael W. Lu, LLC.
932 Hungerford Drive, Suite 8
Rockville, MD 20850
Tel.: 301-315-2670
Fax: 301-315-2672
E-mail: LuOffice@aol.com

ATTACHMENTS

CO-DEFENDANT'S EXHIBIT A: Organization Information of Today's Bus, Inc.

CO-DEFENDANT'S EXHIBIT B: Approval Notice for New Today Bus Corp. issued by the State of New York

CO-DEFENDANT'S EXHIBIT C: Organization Information for New Today Bus Corp.

CO-DEFENDANT'S EXHIBIT D: Certificate of Occupancy issued by the DCRA to New Today Bus Corp.

CO-DEFENDANT'S EXHIBIT E: Ticket issued by New Today Bus Corp. carrying its trade name: "New Today's Bus

CERTIFICATE OF SERVICE

I certify that on this 29th day of October, 2007 copies of the foregoing Motion and all listed exhibits were electronically mailed to:

Plaintiff's Counsel: Marjorie Lynn Rifkin, Esq. at mrifkin@uls-dc.org

Defendants' Counsel: Daniel S. Chang at dscchang@hotmail.com

_____/S/_____
Michael W. Lu, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO | * |
| Plaintiff | * |
| | * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC. ET. AL. | * |
| Defendants | * |

## ORDER

Upon consideration of the Motion to Dismiss filed by Co-Defendant, Pao Hua Yu, it is hereby

ORDERED, that Co-Defendant Pao Hua Yu's Motion to Dismiss is granted;

ORDERED, that Pao Hua Yu be stricken as a Co-Defendant from the First Amended Complaint; and it is further

ORDERED, that Plaintiff pay reasonable attorney's fees and legal expense in the amount of _____ to Co-Defendant Pao Hua Yu.


Dated: _____          _____
                                   EMMET G. SULLIVAN
                                   UNITED STATES DISTRICT JUDGE

# EXHIBIT A

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ✿ Kids ✿ |

**WELCOME TO WASHINGTON**
**District of Columbia**

MAYOR
**Adrian M. Fenty**

## Organization Information



**DCRA HOME**

**SERVICES**

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

### Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** 1 2 3
To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | Registered Agent |
|---|---|
| **Organization Name:** TODAY'S BUS INC. | DONG JIA YONG |
| **State:** NY | 610 I STREET, NW |
| **Status:** REVOKED | Washington, DC 20001 |
| **Initial Date of Registration:** 9/30/2003 | |
| **File No.:** 233482 | |
| **Organization Type:** FOREIGN BUSINESS CORPORATION | |

[ Back to Main Page ]  [ Return to Search Results ]  [ Print Results ]  [ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT B

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORAT.  AND STATE RECORDS          ALBANY, NY 12231-0001

FILING RECEIPT

====================================================================

ENTITY NAME: NEW TODAY BUS CORP.

DOCUMENT TYPE: INCORPORATION (DOM. BUSINESS)                    COUNTY: NEWY

SERVICE COMPANY: I.N.C. CORPORATE SERVICES                SERVICE CODE: A1 *

====================================================================

FILED:01/27/2006 DURATION:PERPETUAL  CASH#:060127000169 FILM #:060127000161

ADDRESS FOR PROCESS
--------------------                                        EXIST DATE
                                                            -----------
THE CORPORATION                                             01/27/2006
157 ALLEN STREET STE 2D
NEW YORK, NY 10002

REGISTERED AGENT
----------------

STOCK:          200 NPV

7-31 #
ID# 20-4844311

====================================================================

FILER                          FEES      160.00   PAYMENTS      160.00
-----                          ----                             -------
                               FILING    125.00   CASH            0.00
                               TAX        10.00   CHECK         160.00
INCE CORPORATE SERVICES        CERT        0.00   CHARGE          0.00
14-36 UNION STREET STE 205     COPIES      0.00   DRAWDOWN        0.00
                               HANDLING   25.00   OPAL            0.00
FLUSHING, NY 11354                                REFUND          0.00

# EXHIBIT C

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ☆ Kids ☆ |



**WELCOME TO WASHINGTON**
**District of Columbia**

MAYOR
Adrian M. Fenty

## Organization Information

**DCRA HOME**
**SERVICES**
**INFORMATION**
**ONLINE SERVICE
REQUESTS**

## Online Organization Registration
### Search Registered Organizations

**Organization Details - Step** `1` `2` `3`
To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | NEW TODAY BUS CORP. | JIMMY ZHANG |
| **State:** | NY | 610 I STREET, N.W. |
| **Status:** | ACTIVE | Washington, DC 20001 |
| **Initial Date of Registration:** | 4/6/2007 | |
| **File No.:** | 270969 | |
| **Organization Type:** | FOREIGN BUSINESS CORPORATION | |

[ < Back to Main Page ]  [ < Return to Search Results ]  [ Print Results ]  [ New Search ]

For more information, contact the Corporations Division at (202) 442-4432 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

# EXHIBIT D

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)



**Department of Consumer and Regulatory Affairs**
Building and Land Regulation Adminstration
941 North Capitol Street N.E. room 2100
Washington D.C. 20002
Tel. (202) 442- 4470    Fax (202) 442- 4862

Government
of the District
of Columbia
BLRA 94A

# C of O

PERMIT NO.

## CO 141781

# CERTIFICATE OF OCCUPANCY

THIS PERMIT IS VALID ONLY FOR THE PREMISES
OF THE PROJECT ADDRESS

**DATE : 4/30/2007**

| ADDRESS : | FLOOR(S): | PRCLID : | 0453 (square) | -0000- | 0821 (lot) |
|---|---|---|---|---|---|
| **610  I ST NW** | **BASEMENT ONLY** | WARD : | **2** | ZONE : | **C3C** |

| PERMISSION IS HEREBY GRANTED TO : | | TRADING AS : |
|---|---|---|
| **CORPORATION :   NEW TODAY BUS CORP.** **ID No.:  00000** | | **NEW TODAY BUS CORP.** |

| APPROVED USES : | PREVIOUS USES : |
|---|---|
| **OFFICE SPACE** | **OFFICE SPACE** |

| TYPE : | BZA NO. : | OCCUPIED SQ. FOOTAGE : | OCCUP. LOAD : | EXPIRATION DATE: |
|---|---|---|---|---|
| **CHANGE OF OWNERSHIP** | | **1,000** | | **NONE** |

DESCRIPTION OF USE:
**OFFICE SPACE  (SALES OF TICKETS).**

FEE :

FEE :

**$33.00**

THIS CERTIFICATE SHALL BE POSTED CONSPICUOUSLY ON THE ABOVE PREMISES AT ALL TIMES. IT IS VALID INDEFINITELY, unless an expiration date is stated, VALID ONLY for the premise at the above address or part thereof, and for the purpose(s), indicated above, and IS NOT TRANSFERABLE to another person or premises under ANY conditions. ANY CHANGE in the type of business, ownership of business, or part of premises used therfor, will render this Certificate VOID and a NEW Certificate must be obtained.

| Interim Directo | _Linda K. Argo_ | PERMIT CLERK: **THINGOO MAGXOAN** |
|---|---|---|

# EXHIBIT E

JAHINNSLERTH OROZCO v. TODAY'S BUS, INC., *et. al*

Case No.: 1:07CV00444 (EGS)

New Today's Bus
21188927S

**Void if detached**



New Today's Bus    **www.ApexBus.com**
From: New York    To: DC    Round Trip/Adult
Order Date:10/10/2007 12:27    Expires:10/10/2008
Date    **DEPART**    **ARRIVE**
OPEN
FARE PAID: $17.50 Question? Call 212-343-3280



21188927S

**Void if detached**