UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO<br>      Plaintiff | *<br>*<br>* |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC. ET. AL.<br>      Defendants | *<br>* |

### CO-DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Co-Defendants New Today Bus Corp., Pao Hua Yu and Jimmy Zhang, by counsel, hereby serve the initial disclosures to Plaintiff. These initial disclosures are based on information reasonably available to Co-Defendants at this time, prior to the formal discovery processes. Co-Defendants reserve the right to supplement and update these disclosures through the pre-trial discovery process.

 A. Individuals who may have discoverable information relevant to disputed facts alleged with particularity in the defense of Co-Defendants:

 Co-Defendants witnesses:

 1. Plaintiff Jahinnslerth Orozco.

Information:  All relevant information and knowledge on this suit.

 2.  Co-Defendant Pao Hua Yu, President of New Today Bus Corp., 157 Allen Street, #2D, New York, New York 10002. PH: 917-577-1219

Information: Testimony regarding the differentiation between Today's Bus, Inc. and New Today Bus Corp., the actual individual responsibilities of New Today Bus Corp., Today's Bus and Wilcar Tours, the company's lack of participation in the alleged discriminatory act, Co-Defendants did not supervise, participate in or authorize the discriminatory actions alleged in the First Amended Complaint; Company history and polices.

3. Co-Defendant Jimmy Zhang, former sales agent of New Today Bus Corp.,610 I Street NW, Washington, D.C. 20001, PH: 917-470-6247.

Information relating to: Testimony regarding the differentiation between Today's Bus, Inc. and New Today Bus Corp., the actual individual responsibilities of New Today Bus Corp., Today's Bus and Wilcar Tours; his company's lack of participation in the alleged discriminatory act, Co-Defendants did not supervise, participate in or authorize the discriminatory actions alleged in the First Amended Complaint; and knowledge of New Today Bus Corp.'s policies and practices.

B. Description of Documents and Tangible Things that may be relevant to disputed facts alleged with particularity in the pleadings and in the custody of the Co-Defendants. Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Co-Defendants will make these documents available at the office of Co-Defendant's Counsel for examination upon request.

1. District of Columbia's Organization Information of Today's Bus, Inc.

2. Approval Notice for New Today Bus Corp.'s Articles of Incorporation issued by the State of New York

3. District of Columbia's Organization Information for New Today Bus Corp.

4. Certificate of Occupancy issued by the DCRA to New Today Bus Corp.

5. Ticket issued by New Today Bus Corp. carrying its trade name: "New Today's Bus"

C. Computation of Damages claimed by Co-Defendants:

   1. Attorney's fees

   2. Other legal expenses

  D. There are no relevant insurance agreements, which may be able to satisfy part or all of any judgment.

            Respectfully submitted by,

              /S/
            Michael W. Lu, DC Bar#452071
            Law Offices of Michael W. Lu, LLC.
            932 Hungerford Drive, Suite 8
            Rockville, MD 20850
            Tel.: 301-315-2670
            Fax: 301-315-2672
            E-mail: LuOffice@aol.com
            Counsel for Co-Defendants

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 30th day of October, 2007 I served a copy of Co-Defendants Rule 26(a)(1) Initial Disclosures by electronic mail via ECF to:

Plaintiff's Counsel: Marjorie Lynn Rifkin, Esq. at mrifkin@uls-dc.org

Defendants' Counsel: Daniel S. Chang at dscchang@hotmail.com

              /S/
            Michael W. Lu, Esq.