UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO | * |
|     Plaintiff | * |
| | * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC., *et. al.* | * |
|     Defendants | * |

### CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on November 20, 2007 I served a copy of this Certificate with Co-Defendants' First Set of Interrogatories and Requests for Production of Documents by fax and first class mail, postage prepaid, to Plaintiff's counsel, Marjorie L. Rifkin, Esq., University Legal Services, 220 I Street, NE, Suite 130, Washington, D.C. 20002. Plaintiff's Fax is: 202-547-2662.

Respectfully submitted by,

/s/ Michael W. Lu

Michael Wenyue Lu, DC Bar#452071
Law Offices of Michael W. Lu, LLC.
932 Hungerford Drive, Suite 8
Rockville, MD 20850
Tel.: 301-315-2670
Fax: 301-315-2672
E-mail: LuOffice@aol.com
Counsel for Co-Defendants