UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jahinnslerth Orozco,** ) | | |
| ) | | |
| **Plaintiff,** ) | | **Civil Action # 07-00444 (EGS)** |
| v. ) | | |
| ) | | **In re: Tom Chan** |
| **Today's Bus, Inc.,** ) | | |
| **Dong Jia Yong,** ) | | |
| **Ming Yu,** ) | | |
| **Wilcar Tours, Inc.,** ) | | |
| **William Ruiz,** ) | | |
| **New Today Bus Corp.,** ) | | |
| **Pao Hua Yu,** ) | | |
| **Tom Chan,** ) | | |
| **Jimmy Zhang,** ) | | |
| ) | | |
| **Defendants.** ) | | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury this 27th day of November, 2007, that:

1) I am the attorney of record for the plaintiff in the above-entitled case;

2) Examination of the court files and record in this case (Docket #24) shows that defendant Tom Chan was served with a copy of the summons, together with a copy of plaintiff's amended complaint, on September 28, 2007, through personal service on a company representative authorized to accept service at the New Today Bus Corporation office at 13 Allen Street, New York, NY;

3) No appearance has been entered by Tom Chan in this case, no responsive pleading has been filed and none served upon the attorney for the plaintiff, and the time for

filing a responsive pleading has expired (as of October 18, 2007) , and no extension was requested.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against defendant Tom Chan pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

   /s/  Marjorie Rifkin
Marjorie Rifkin (DC Bar No. 437076)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 128; 202-547-2662 (fax)
email: mrifkin@uls-dc.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jahinnslerth Orozco,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action # 07-00444 (EGS)** |
| v. | ) | |
| | ) | **In re: Tom Chan** |
| **Today's Bus, Inc.,** | ) | |
| **Dong Jia Yong,** | ) | |
| **Ming Yu,** | ) | |
| **Wilcar Tours, Inc.,** | ) | |
| **William Ruiz,** | ) | |
| **New Today Bus Corp.,** | ) | |
| **Pao Hua Yu,** | ) | |
| **Tom Chan,** | ) | |
| **Jimmy Zhang,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MILITARY AFFIDAVIT

(Certificate in Compliance with Servicemembers Civil Relief Act of 2003,
50 U.S.C. App., § 501 *et seq*)

I hereby certify under penalty of perjury this 27th day of November, 2007, that:

1) I am the attorney of record for the plaintiff in the above-entitled case and make this certificate in plaintiff's behalf pursuant to the provisions of the Servicemembers Civil Relief Act;

2) I have caused careful investigation to be made to ascertain whether or not Defendant Tom Chan is in the military service of the United States or its Allies and that as a result of this investigation, I have discovered and do hereby allege that said defendant is not in the military service. See Docket #24, Return of Service/Affidavit for Tom Chan, filed with the Court on October 3, 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    /s/  Marjorie Rifkin
Marjorie Rifkin (DC Bar No. 437076)
Attorney for Plaintiff
University Legal Services, Inc.
220 I Street NE, Suite 130
Washington, DC  20002
202-547-0198 ext. 128; 202-547-2662 (fax)
email: mrifkin@uls-dc.org