Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAHINNSLERTH OROZCO

    Plaintiff(s)

V.

Civil Action No.  07-cv-00444-EGS-JMF

TODAY'S BUS, INC. et al

    Defendant(s)

TOM CHAN

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this  28  day of  November , 2007  declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis

Deputy Clerk