UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO | * |
|     Plaintiff | * |
| | * |
| v. | * |
| | * Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC., *et. al.* | * |
|     Defendants | * |

### CERTIFICATE OF SERVICE

I, the undersigned counsel, hereby certify that on December 5, 2007 I served copies of this Certificate, Co-Defendants New Today Bus Corporation, Pao Hua Yu and Jimmy Zhang's Responses to Plaintiff's Second Set of Interrogatories and Requests for Production of Document and all attachments by courier to Plaintiff's counsel, Marjorie L. Rifkin, Esq., University Legal Services, 220 I Street, NE, Suite 130, Washington, D.C. 20002.

Respectfully submitted by,

Michael Wenyue Lu, DC Bar#452071
Law Offices of Michael W. Lu, LLC.
932 Hungerford Drive, Suite 8
Rockville, MD 20850
Tel.: 301-315-2670
Fax: 301-315-2672
E-mail: LuOffice@aol.com
Counsel for Co-Defendants