IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jahinnslerth Orozco, <br><br> Plaintiff, <br><br> v. <br><br> Today's Bus, Inc., Dong Jia Yong, Ming Yu, Wilcar Tours, Inc., and William Ruiz <br> Defendants. | Civil Action No. 1:07CV00444 |

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to local Rule 83.6(a), the undersigned, Sandra Bernstein, Esq., legal director at University Legal Services, hereby enters into the above captioned action as counsel for the Plaintiff.

Respectfully Submitted,

_/s/ Sandra Bernstein_
Sandra Bernstein, Esq.
DC Bar # 455355
UNIVERSITY LEGAL SERVICES
220 I Street NE, Suite 130
Washington DC 20002
(202) 547-0198

Dated: December 14, 2007