UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

JAHINNESLERTH OROZCO  :
       Plaintiff  :
         : Civil Action No. 07-444(EGS)
v.  :
         :
TODAY'S BUS, INC., et al  :
       Defendants  :
.........................................

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW BY DANIEL CHANG**

Daniel Chang moves for leave to withdraw as counsel for Defendant, Ming Yu, in this matter. Ming Yu will continue to represent himself. Attorney Chang has consulted with counsel for Plaintiff, Marjorie Rifkin, Esq. and with counsel for Co-Defendant, Michael Lu, Esq., and they do not object to the withdraw.

Date: Dec. 18, 2007

                                                        _____/s/_____
                                                        Daniel S. Chang, Esq.
                                                        Bar No. 954388
                                                        Attorney for Defendant
                                                        1101 14th Street N. W. #710
                                                        Washington, DC 20005
                                                        (202)347-6566
                                                        (202)408-7903 (fax)