UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jahinnslerth Orozco,** ) | |
| ) | |
| **Plaintiff,** ) | Civ. Action # |
| **v.** ) | |
| ) | **1:07CV000444 [EGS]** |
| ) | |
| **Today's Bus, Inc., et al.,** ) | |
| ) | **Jury Trial Demand** |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Plaintiff, through his undersigned counsel, hereby requests an enlargement of time to complete discovery. In a Minute Order dated October 23, 2007, the Court set the close of discovery on December 31, 2007.

In support of this motion for an enlargement of time, Plaintiff's counsel states the following:

1.  Defendant Jimmy Zhang failed to appear for his deposition as scheduled on December 14, 2007.

2.  Defendant Zhang failed to appear for his re-scheduled deposition on December 20, 2007 despite Plaintiff's counsel's subpoena that was served on his attorney, Michael W. Lu, Esq., and this Court's Minute Order issued on December 14, 2007;

3.  Defendant Pao Hua Yu through her attorney Michael W. Lu, has moved to quash Plaintiff's subpoena for information regarding Defendant New Today Bus Corporation's bank accounts.

1

**Plaintiff's counsel conferred with Defendants' counsel Michael W. Lu regarding the filing of this motion and Mr. Lu opposes an extension of time for completion of Plaintiff's discovery.**

**Plaintiff respectfully requests that this Court extend the discovery period for this case by one month, until January 31, 2008, to allow Plaintiff to complete discovery.**

**Respectfully submitted,**

_____/s/_____                                    Dated:  December 31, 2007
**Marjorie Rifkin, Esq. Bar # 437076**
**University Legal Services - P&A**
**220 I Street NE #130**
**Washington, DC 20002**
**(202) 547-0198 ext 112**
**(202) 547-2662 (fax)**

**ATTORNEY FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Jahinnslerth Orozco,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civ. Action #** |
| **v.** | ) | |
| | ) | **1:07CV000444 [EGS]** |
| | ) | |
| **Today's Bus, Inc.** | ) | |
| | ) | **Jury Trial Demand** |
| | ) | |
| **and** | ) | |
| **Dong Jia Yong, President** | ) | |
| **in his official capacity** | ) | |
| **Today's Bus, Inc.** | ) | |
| | ) | |
| **and** | ) | |
| **Ming Yu, Manager** | ) | |
| **in his official capacity** | ) | |
| **Today's Bus, Inc.** | ) | |
| | ) | |
| **and** | ) | |
| **Wilcar Tours, Inc.** | ) | |
| | ) | |
| **and** | ) | |
| **William Ruiz, President** | ) | |
| **in his official capacity** | ) | |
| **Wilcar Tours, Inc.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **New Today Bus Corp., dba Today's Bus** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Pao Hua Yu, President** | ) | |
| **in her official capacity** | ) | |
| **New Today Bus Corp., dba Today's Bus** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Tom Chan, Manager** | ) | |
| **in his official capacity** | ) | |

| | |
|---|---|
| **New Today Bus Corp., dba Today's Bus** | ) |
| **and** | ) |
| | ) |
| **Jimmy Zhang, Manager** | ) |
| **in his official capacity** | ) |
| **New Today Bus Corp., dba Today's Bus** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| _____ | ) |

## ORDER

Having reviewed the Plaintiff's Motion for Enlargement of Time to Complete Discovery, it is hereby

**ORDERED, that the discovery period will be extended until January 31, 2008.**

_____
**Hon. Emmet G. Sullivan**
**United States District Court for**
**The District of Columbia**


**Dated:** _____