UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAHINNSLERTH OROZCO | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | Case No.: 1:07CV00444 (EGS) |
| TODAY'S BUS, INC., *et. al.* | * | |
| Defendants | * | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Jahinnslerth Orozco and Defendants New Today Bus Corp. and Pao Hua Yu have settled the above-captioned action and entered a Settlement Agreement attached hereto as Exh. 1.

IT IS HEREBY STIPULATED by and between Plaintiff, through his attorneys, and Defendants, through their attorneys, that Plaintiff's Complaint and Amended Complaint against all listed Defendants, , Ming Yu, New Today Bus Corp., Pao Hua Yu, and Jimmy Zhang, shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedures.

IT IS HEREBY FURTHER STIPULATED that this Court shall retain jurisdiction to enforce the Settlement Agreement and Release entered between Plaintiff and Defendants.

IT IS SO STIPULATED.


Respectfully submitted this 8th day of February, 2008.

1

_____/s/_____
Marjorie Rifkin, Esq.
Sandra Bernstein, Esq.
University Legal Services
220 I Street, N.E, Suite 130
Washington DC 20002
(202) 547-0198
(202) 547-2662 (fax)
mrifkin@uls-dc.org

*Attorneys for Plaintiff*

_____/s/_____
Michael W. Lu, Esq.
Law Offices of Michael W. Lu, LLC
932 Hungerford Drive, Suite 8
Rockville, MD 20850
(301) 315-2670
(301) 315-2672 (Fax)
LuOffice@aol.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jahinnslerth Orozco, | Plaintiff, | ) |
| v. | | ) |
| Today's Bus, Inc., et al | | ) |
| | Defendants. | ) |

Civil Action No. 07-444
(EGS)

### SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is made and entered into as of February 8, 2008, between Plaintiff Jahinnslerth Orozco and Defendants New Today Bus Corp. and Pao Hua Yu (Plaintiff and Defendants are collectively referred to as the "Parties") with reference to the following:

A.      In 2007, Plaintiff filed an action in the United States District Court for the District of Columbia, <u>Jahinnslerth Orozco v. Today's Bus. Inc., et al</u>, Case No. 1:07CV000444 (EGS) (hereinafter referred to as the "Action"). In the Action, Plaintiff sought injunctive relief and damages for Defendants' violations of Title III of the Americans with Disabilities Act, 42 U.S.C. 12181 *et seq.* (hereinafter referred to as "ADA") and the D.C. Human Rights Act, D.C. Code 2-1401.01 et seq (hereinafter "DCHRA).

B.      In order to avoid the further expenses of litigation, the Parties enter into this Agreement and by so doing the Parties  intend to fully,  and finally resolve, terminate, and settle all disputes, and claimsthat they asserted against each other arising from the allegations in the Action. and to preclude the possibility of further disputes between them arising out of the incidents alleged in the Action and an incident on December 8, 2007.

WHEREFORE, in consideration of the promises, covenants, warranties, and representations set forth below, the Parties agree as follows:

1.      <u>Apology to Plaintiff</u>

Defendants agree to issue a formal letter of apology to Plaintiff for the incident occurring in Washington DC on December 8, 2007. Said letter is attached herewith as Exhibit A.

2.    Payment to Plaintiff

Defendants agree to pay to Plaintiff the total sum of fifteen thousand dollars ($15,000) by check at execution of this Agreement, the receipt of which is hereby acknowledged by Plaintiff.  The amount of this settlement payment was negotiated and represents a compromise.

3.    Payment to Plaintiff's Counsel

Defendants agree to pay Plaintiff's counsel University Legal Services Protection and Advocacy, the total sum of two thousand seven hundred eighty-four dollars and fifteen cents ($2,784.15) by check at execution of this Agreement, the receipt of which is hereby acknowledged by Plaintiff's counsel. Said payment represents the expenses incurred by Plaintiff's counsel in the Action.

4.    Concurrent with the execution of this Agreement, Defendants shall:

(a) Implement policies and procedures that clearly prohibit discriminatory practices toward people with disbilities and sanction discriminatory behavior, to clarify that service animals are allowed to accompany passengers with disabilities in stations and on buses provided and/or operated by Defendants without advance notice . Said policies and procedures in both English and Chinese are attached herewith as Exhibit B.

(b) Train all employees, station staff and bus drivers about the anti-discrimination policies and procedures cited in (a) above, and require that employees, agents and contract workers attend a mandatory training session about the federal prohibitions against disability discrimination. Defendants shall maintain records and sign-in sheets signed by all participants in the training, noting their names, work assignments, work address, and date of training attended, and provide certification, attached as Exhibit C to Plaintiff's counsel. Following the training of current staff and bus drivers, Defendants shall train new employees and bus drivers on an ongoing basis.

(c) Distribute to all employees, contract agents, and other representatives of New Today Bus Corp. the policies and procedures cited in (a) above about the rights of people with disabilities and the federal prohibitions against discrimination based on disabilities.

(d) Post signs in English and Chinese in the station offices at 13 Allen Street, New York, NY, and 610 I Street, NW, Washington DC, and on the websites of New Today Bus Corp. in English only. The signs will state explicitly that New Today Bus Corp. does not discriminate against anyone on the basis of disability. The signs will also state that New Today Bus Corp. will provide reasonable accommodations upon request to people with disabilities such as permitting service animals on the buses without advance notice. The signs will include the contact phone number(s) of the employee(s) responsible for resolving complaints by persons with disabilities who encounter problems in gaining access to the bus service provided by New Today Bus Corp.

(e) Provide a telephone number on the website(s) and printed on bus tickets used by New Today Bus Corp., a sample of which is attached as Exhibit D,  for customers' use in reporting disability discrimination complaints, and act promptly to resolve such complaints, and maintain a record of all complaints.

5.    Defendants deny liability of any sort in connection with the aforesaid Action filed by Plaintiff.

6.    Plaintiff acknowledges that no representations of fact or opinions have been

made by Defendants to induce this Agreement.

7.    This Agreement is binding upon the officers, directors, agents (including contractors), employees, successors, or assigns of Defendants.

3

8.     Concurrently with the execution of this Agreement, the parties shall file a motion notifying the Court that they have negotiated a settlement of this Action, and shall file a copy of the executed Agreement with the motion. Plaintiff's counsel will concurrently file a Motion to Dismiss with Prejudice all defaulting Defendants.

9.     Upon Defendants' completion of the tasks set forth in paragraphs 1 through 4 above, the parties shall execute and file with the court a Stipulation of Dismissal the the parties shall execute and file with the court a Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P., Rule 41(a)(1).This Stipulation of Dismissal shall provide for the dismissal with prejudice of the Defendants named herein and Ming Yu and Jimmy Zhang from Plaintiff's Complaint and Amended Complaint in this Action. ..

10.     The Parties agree that the United States District Court for the District of Columbia shall continue to have jurisdiction of the Action and of this Agreement to the extent necessary to enforce this Agreement.

11.     Upon execution of this Agreement and  provision of the apology letter and the payments set forth in paragraphs 1 through  4 of this Agreement, Plaintiff, and his attorneys,  release and discharge Defendants named herein, together with their agents, officers, directors, employees, managers, supervisors, shareholders, representatives, attorneys, partners, and joint venturers, from any and all claims, demands, obligations, responsibilities, representations, liabilities, damages, expenses, attorneys' fees, whether at law or in equity, including all claims litigated in the Action.

12.     Defendants understand and acknowledge that if Defendants engage in any activity which is prohibited under this Agreement or which constitutes a violation of Plaintiff's ADA rights or any other violation of Plaintiff's rights after the date they sign this Agreement, Plaintiff may bring suit against Defendants.

13.     Upon execution of this Agreement, Defendants,  together with their agents, officers, directors, employees, managers, supervisors, shareholders, representatives, attorneys, partners, joint

4

venturers and any and all persons or entities who have at any time acted, or purported to act on their behalf, release and discharge Plaintiff, and his attorneys, from any and all claims, demands, liabilities, damages, expenses, attorneys' fees, and causes of action of whatever kind whether at law or in equity, including all counterclaims against Plaintiff in the Action.

14. Neither Plaintiff nor his attorneys shall distribute or disclose to any person or entity this Agreement without the written consent of Defendants. Any such disclosure shall be deemed a material breach of this Agreement and Defendants shall have available to them all remedies at law and equity.

15.    Any action brought to enforce the terms of the Agreement shall be filed in the United States District Court for the District of Columbia.  The Parties agree to the jurisdiction of the United States District Court for the District of Columbia for resolving any claims or actions arising from this Agreement.

16.    The Parties acknowledge to one another that the provisions contained within this Agreement reflect the only agreements negotiated and reached between the parties.

17.    The terms of this Agreement may not be changed, modified, altered, interlineated, or supplemented, nor may any covenant, representation, warranty, or other provisions hereof be waived by any party.

18.    The Parties agree that this Agreement may be executed in counterparts and will become effective immediately upon execution by all Parties, subject to exchange of signature pages.

19.    In the event any provision of the Agreement is found to be unenforceable, that finding shall not affect the enforceability of any other provision hereof.

20.    The language of this Agreement is a product of the mutual effort of the Parties and their attorneys.  This Agreement shall be construed fairly by each party as to all Parties, and it shall not be construed for or against any of the Parties on the basis of the extent to which that party participated in drafting it.

DATED: February **5**, 2008                    New Today Bus Corp.

Witness: _____          By: _____

                                               Pao Hua Yu, President


DATED: February **5**, 2008                    Pao Hua Yu

Witness: _____          _____
                                               Pao Hua Yu


DATED: February ___, 2008                    Jahinnslerth Orozco

Witness: _____          _____
                                               Jahinnslerth Orozco


APPROVED AS TO FORM:

Marjorie Rifkin, Esq.
Sandra Bernstein, Esq.
University Legal Services
220 I Street, N.E., Suite 130
Washington, D.C. 20002
(202) 547-0198
(202) 547-2662 (facsimile)
mrifkin@uls-dc.org

*Attorneys for Plaintiff*

Michael W. Lu, Esq.
932 Hungerford Drive, Suite 8
Rockville, MD  20850
(301) 315-2670
(301) 315-2672 (facsimile)
luoffice@aol.com

*Attorneys for Defendants*

# EXHIBIT A

EXHIBIT

A

New Today Bus Corp.
13 Allen Street
New York, NY 10002
PH: 718-386-5533

February 5, 2008

Mr. Jahinnslerth Orozco
c/o Ms. Marjorie Rifkin
University Legal Services
220 I St. NE, #130
Washington, D.C. 20002

Dear Mr. Orozco:

New Today Bus Corp. regrets the inconvenience and delays you experienced with our bus services in Washington, D. C. on December 8, 2007.   We understand that you are entitled to ride the bus with your guide dog under the Americans with Disabilities Act.

I assure you that New Today Bus Corp.'s services are available to people with disabilities with service animals. We will take the necessary steps to make this policy known to customers and the workers to ensure that this never happens again. You will always be welcome to ride our bus again and again.

Very sincerely,

Pao Hua Yu
President

EXHIBIT B

EXHIBIT

B

## NEW TODAY BUS CORP.'S EQUAL ACCESS AND ANTI-DISCRIMINATION POLICIES AND PROCEDURES FOR CUSTOMERS WITH DISABILITIES

### SUMMARY

It is unlawful, and against New Today Bus Corp.'s Anti-Discrimination Policies and Procedures for Customers with Disabilities (the "Policy"), for any employee to discriminate against an individual on the basis of disability.

In accordance with state and federal law and New Today Bus policy, New Today Bus allows individuals with disabilities who are accompanied by service animals to purchase tickets and board all buses with their service animals. Upon request, New Today Bus will provide a bus that is readily accessible to and usable by individuals with disabilities.

### GENERAL EQUAL ACCESS AND ANTI-DISCRIMINATION POLICY

An individual has a disability if the person (1) has a physical or mental impairment that substantially limits a major life activity, (2) has a record of such impairment, or (3) is perceived as having such impairment. A disability can be apparent, as in the case of someone who needs to use a wheelchair for mobility purposes, or not apparent, as in the case of someone with a cognitive or mental illness.

1. The Disability Access Coordinator will supervise the implementation of the Policy: New Today Bus will designate a supervisor who is knowledgeable about and trained in federal and New York State anti-discrimination laws to be its Disability Access Coordinator. The Disability Access Coordinator is responsible for oversight of the implementation of the Policy, and shall be available to assist employees with reviewing and responding to requests for reasonable accommodations, including requests for accessible buses. Ms. Pao Hua Yu is the Disability Access Coordinator. She can be contacted at (718) 386-5533 or (212) 343-3281 by telephone, or at 157 Allen Street, #2D, New York, NY 10002 by mail.

1

2. <u>Employees will make reasonable accommodations for individuals with disabilities:</u> New Today Bus and its employees will ensure to customers with disabilities full and equal enjoyment of its services.

3. <u>Employees cannot require proof of disability:</u> Employees may not require an individual to provide proof of his or her disability or enquire about the nature or extent of a person's disability, including the diagnosis, detail about treatment, and medications taken, nor may any employee request copies of medical records or any other documentation of disability.

4. <u>Individuals with disabilities are not required to accept an accommodation or aid:</u> An individual with a disability is not required to accept an accommodation, aid, service opportunity, or benefit offered by New Today Bus. For example, an individual with a disability may choose to sit in any available seat on a bus and is not required to sit in a priority seat reserved for an individual with a disability. New Today Bus is also prohibited from requiring that an attendant or any other person accompany an individual with a disability in order that individual to use its services or facilities.

5. <u>Employees cannot discriminate against individuals because of their association with a disabled person:</u> New Today Bus shall not exclude or deny services to an individual because of the disability of a person with whom that individual is associated.

6. <u>Employees cannot discriminate against individuals with disabilities because of appearance or behavior resulting from a disability:</u> Employees shall not refuse to provide a service to a person with a disability solely because that person's disability results in appearance or involuntary behavior that may offend, annoy, or inconvenience employees or other persons.

7. <u>Employees shall provide boarding assistance to individuals with disabilities:</u> Those employees who are properly trained shall provide assistance, as needed, to individuals with disabilities in boarding and disembarking, including moving to and from the bus seat. New Today Bus employees shall not use or request the aid of non-employees for routine boarding or other assistance to individuals with disabilities, including aid from family members or

companions of the individual needing assistance, unless the individual requests or consents to assistance from those persons. New Today Bus will provide individuals with disabilities adequate time to board and disembark from a bus.

8. Employees will permit passengers to travel with mobility aids on board buses: To the extent possible, wheelchairs and other mobility aids used by individuals with disabilities shall be permitted in the passenger compartment of buses. If mobility aids cannot be accommodated in the passenger compartment, they shall be placed in the baggage compartment of the bus and shall be stowed before other baggage or cargo is loaded. When the bus is stopped, the driver or other employees shall help individuals with disabilities stow and retrieve mobility aids.

9. New Today Bus shall not impose additional charges for providing accommodations to individuals with disabilities: New Today Bus may not impose special charges on individuals with disabilities, including individuals who use wheelchairs, for providing services necessary to accommodate them.

10. Employees will be trained in state and federal anti-discrimination laws and best practices to assist individuals with disabilities: All employees will receive training about (1) the requirements of state and federal anti-discrimination laws; (2) best practices in providing customer service to individuals with disabilities; (3) the technical requirements of the law, such as how to provide safe and appropriate boarding assistance; and (4) the specific provisions of the Policy, including the requirements of the Complaint Procedure.

11. Violations of the Policy will result in immediate disciplinary action: Any employee found to have violated the Policy or to have discriminated against a customer in any way will be subject to immediate disciplinary action, which may include re-training, suspension, or termination.

## SERVICE ANIMAL POLICY

Service animals are not pets. Although the most commonly recognized service animals are "seeing eye dogs," they may be any type of animal and assist a person in any number of ways. A service animal is any guide dog, signal dog, or other animal individually trained to do work or perform tasks for the benefit of an individual with a disability. These tasks may include guiding individuals with impaired vision, alerting individuals with impaired hearing to intruders or sounds, providing rescue work, pulling a wheelchair, or fetching dropped items.

Under state laws, service animals can include any assistive animal that a disabled person needs because of a disability, whether or not that animal has been specifically trained to help the person.

1. Service animals are welcome on board any New Today bus and in any of New Today Bus facilities that are open to its customers: Employees shall not seek to separate a person with a disability from a service animal. A service animal may accompany an individual with a disability to all areas open to the public and will be permitted to travel on board buses at no additional cost.

2. Employees cannot request proof or licensing of a service animal: Employees may not request written proof that an animal is a service animal. If an employee is not certain that an animal is a service animal, he or she may ask the person who has the animal if it is a service animal required because of a disability but may not require any further proof.

3. Employees are not required to care for service animals: Employees are not required to supervise or care for a service animal.

4. New Today Bus may exclude a service animal only if it poses a significant risk to the health or safety of others: Employees shall not make assumptions about how a particular animal is likely to behave and must consider each situation individually, based upon the actual circumstances rather than on beliefs based upon speculation, stereotypes or generalizations. If an employee believes that a particular service animal may pose a significant risk to the health or safety of any person, the employee will first inform the individual with a disability who uses the service animal about the concerns and then

1

provide the individual with the opportunity to respond and correct the service animal's behavior, if necessary. Other measures should be considered as well. If the problem cannot be solved, the employee will offer the person the option of continuing to enjoy New Today Bus's facilities and services without the service animal or with the service animal being transported in an appropriate fashion (a fashion that is safe for the service animal) in the bus's luggage compartment and will work together with the individual to otherwise try to identify acceptable alternative accommodations.

## <u>NOTICES TO INDIVIDUALS WITH DISABILITIES</u>

### <u>SERVICE ANIMAL POLICY</u>

SERVICE ANIMALS ARE WELCOME IN ALL NEW TODAY BUS FACILITIES AND MAY ACCOMPANY PASSENGERS ON BOARD BUSES.

### <u>ACCESSIBLE BUSES</u>

**New Today Bus will provide buses that are readily accessible to and usable by individuals with disabilities, including individuals who use wheelchairs. A customer may request an accessible bus by contacting a supervisor on duty or**

Pao Hua Yu
New Today Bus Disability Coordinator
157 Allen Street #2D
New York, NY 10002
Tel: (718) 386-5533, (212) 343-3281

**New Today Bus will provide the Customer with written confirmation of the request within twenty-four hours and no later than at the time of boarding. All requests will be accommodated as soon as possible and no later than forty-eight hours from the time the request is made.**

### <u>CUSTOMER REASONABLE ACCOMMODATION REQUESTS</u>

**If you have a disability and as a result of your disability you need a reasonable accommodation, you can make this request by contacting a supervisor or**

Pao Hua Yu
New Today Bus Disability Coordinator
610 I Street, N.W.
Washington, D.C. 20001
Tel: (718) 386-5533, (212) 343-3281

**A reasonable accommodation includes changes in New Today Bus's rules and policies that would make it easier for you to use our services or facilities.**

# COMPLAINT PROCEDURE

New Today Bus is committed to complying with all state and federal anti-discrimination laws and takes complaints of discrimination conduct very seriously. Employees should immediately notify the Complaint Officer of any acts of alleged discriminatory conduct of which he or she becomes aware so that New Today Bus can promptly investigate the allegations and take appropriate corrective action as necessary.

1. The New Today Bus Complaint Officer will oversea the complaint process: New Today Bus will designate a supervisor, who is knowledgeable about federal and New York State anti-discrimination laws and who is trained in investigatory techniques, to oversee New Today Bus's complaint process. The Complaint Officer is responsible for investigating allegations of discriminatory conduct and for making recommendations for discipline. Ms. Pao Hua Yu is the Complaint Officer. She can be contacted at (718) 386-5533 or (212) 343-3281 by telephone, or at 157 Allen Street, #2D, New York, NY 10002 by mail.

2. Employees will immediately report complaints to the Complaint Officer: Any employee who witnesses an incident of discriminatory treatment or who becomes aware of a written or verbal complaint of alleged discriminatory conduct will immediately report the matter to the Complaint Officer or, if that person is not immediately available, to another supervisor.

3. New Today Bus will immediately investigate complaints of discriminatory treatment: The Complaint Officer will promptly and thoroughly investigate and respond to each report or complaint of alleged discriminatory conduct and will prepare a written report for each investigation. Each report will include (1) the name of the complaint and alleged wrongdoer(s); (2) the date the complaint was filed; (3) the date and place where the incident allegedly occurred; (3) a summary of the alleged conduct at issue; (4) a summary of the investigation (such as a list of the witnesses interviewed); (5) a recitation of the factual findings relied upon; and (6) the final

1

determination of the complaint, including any discipline or corrective action recommended. New Today Bus will maintain these written reports in a centralized and easily retrievable records system.

    4. <u>New Today Bus will take immediate and appropriate corrective action to respond to reports and complaints:</u> If a report or complaint of discriminatory treatment is substantiated by the Complaint Officer, New Today Bus will take immediate and appropriate corrective action that is reasonably calculated to immediately stop any further discriminatory conduct, up to and including termination of an employee. New Today Bus will also promptly respond and communicate results of the investigation to the customer who submitted the complaint.

## CUSTOMER COMPLAINT NOTICE

**Customer complaints, suggestions and inquiries may be directed to a supervisor on duty or to:**

Pao Hua Yu
New Today Bus Complaint Officer
157 Allen Street #2D
New York, NY 10002
Tel: (718) 386-5533, (212) 343-3281

**If you believe that you have been discriminated against because of race, color, religion, national origin, sex, sexual orientation, or disability, you may submit a complaint to the following agencies:**

New York State Division of Human Rights (FEPA)
One Fordham Plaza, 4th Floor
New York, NY 10458
Phone: 718-741-8400
Fax: 718-741-3214
TTY: 718-741-8304
Website: http://www.nysdhr.com

Attorney General of New York State
Office of the Attorney General
Civil Rights Bureau
120 Broadway, 3rd Floor
New York, New York 10271-0332
Hotline: (800) 771-7755
Tel: (212) 416-8250
Fax: (212) 416-8074
Website: http://www.oag.state.ny.us



EXHIBIT
B

# 新今日巴士公司
## 平等接待、反对歧视残障顾客的政策与规程

### 概要

任何员工因顾客有残障而歧视对待，都是违法的，也违反新今日巴士公司反对歧视残障顾客的政策与规程（以下简称"政策"）。

根据纽约州法律、联邦法律以及新今日巴士公司政策，新今日巴士公司允许带服务动物的残障人士购买车票并带着服务动物乘坐公司所有的巴士。若顾客提出要求，新今日巴士公司将预备方便残障人士上下和乘坐的巴士。

### 平等接待、反对歧视的一般政策

人若符合以下条件，即为有残障：（一）有生理或心理上的某种缺陷，严重限制生活中的某一重要活动；（二）拥有关于此种缺陷的记录；或者（三）被视为有此种缺陷。残障可以是显而易见的，例如有人需要轮椅代步，也可以是不明显的，例如某人有认知或心理上的疾病。

1. **残障顾客接待协调员将监督政策的施行**：新今日巴士公司将指定一位熟悉纽约州和联邦反歧视法规并就此受过训练的管理者，作为公司的残障顾客接待协调员。此协调员的职责是监督政策的施行，并协助员工审查顾客合理的额外要求，包括要求提供方便残障人士上下的巴士，并作出反馈。现指定俞宝华女士为新今日巴士公司的残障顾客接待协调员。她的电话是(718) 386-5533 和(212) 343-3281，地址是 157 Allen Street #2D, New York, NY 10002。

2. **员工将在合理范围内额外照顾残障顾客**：新今日巴士公司及其员工将保证残障顾客能全面、平等地享受到公司的各种服务。

3. **员工不得要求出示残障证明**：员工不得要求顾客提供残障证明或询问残障的性质或程度，包括诊断结果、治疗细节、所用药物等，也不得要求顾客提供医疗纪录或任何其他有关残障的文件。

4. **残障顾客不必接受某种照顾或帮助**：残障人士不必接受新今日巴士公司提供的某种照顾、帮助、接受服务的机会或其他好处。例如，残障人士可以选择坐在巴士的任何一个空位上，而不必坐在残障人士专座。新今日巴士公司也不得要求专人陪同残障顾客，以便该顾客能享受公司的设施或服务。

1

5. 员工不得因某人与残障人士偕行而歧视该人：新今日巴士公司将不会因为某人与残障人偕行而排斥或拒绝为该人服务。

6. 员工不得因残障导致的外表或行为而歧视残障人士：员工将不会仅因残障导致的外表或不自主的行为使员工或其他人感到不适或不便，就拒绝为该残障人士服务。

7. 员工应为残障人士上下车提供帮助：经过正确训练的员工应根据需要为残障人士上下车提供帮助，包括坐上和离开车座时。新今日巴士公司员工不得利用或要求非公司员工协助残障人士常规的上下车，甚至包括残障人士家人或同伴的协助，除非该残障人士要求或同意他们的协助。新今日巴士公司将给残障人士充分的时间上下车。

8. 员工将允许乘客携带代步工具上车：残障人士的轮椅及其他代步工具将尽量被允许带上乘客座位间。如果乘客座位间无法容纳，代步工具将于装载其他行李或货物之前被妥善置于行李舱内。巴士到站后，司机或其他员工应帮助残障人士将代步工具重新取出。

9. 新今日巴士公司不会向残障人士收取额外的服务费用：新今日巴士公司不会向残障人士收取额外服务费用，包括为使用轮椅的人士提供的额外服务。

10. 员工将接受纽约州和联邦反歧视法规教育以及如何能最好地帮助残障人士的实践训练：全体员工将接受下列相关培训：（一）纽约州和联邦反歧视法规的要求；（二）实践中如何最好地协助残障人士；（三）法律上的技术要求，例如如何安全正确地协助上车；（四）公司政策的具体要求，包括投诉程序的要求，等等。

11. 违反政策者，将立即受到处罚：任何员工，一旦被发现以任何方式违反政策或歧视顾客，将立刻受到处罚，包括重新培训，暂时停工或开除。

2

# 新今日巴士公司
# 有关服务动物的政策

服务动物不是宠物。人们最为熟知的服务动物是"导盲犬"，其实服务动物可以是任何一种以不同方式为人服务的动物。服务动物包括导盲犬，信号犬，以及任何一种经过个别训练来为残障人士代劳做事的动物。它们可以为视力有缺陷的人导向，在有人闯入或者有异响的时候警告听力有缺陷的人，提供救援，拉轮椅，或捡拾掉下的物品，等等。

根据本州法律，服务动物可以包括残障人士因为残障而需要的任何一种辅助性动物，不论该动物是否经过针对性的训练来帮助该残障人士。

1. 新今日公司所有的巴士以及对顾客开放的所有设施场所，都欢迎服务动物：员工不得试图将残障人士与服务动物分开。服务动物可以跟随残障人士到所有对公众开放的场所，也允许乘车，不必为其支付额外费用。

2. 员工不得要求顾客出示服务动物证明或执照：员工不得要求顾客出示某动物为服务动物的书面证明。如员工不能肯定某动物为服务动物，他/她可以询问携带该动物的人此动物是否因残障必需的服务动物，但不得要求出示更多证据。

3. 员工不必照料服务动物：员工没有义务看管或照料服务动物。

4. 新今日巴士公司仅在服务动物对他人健康或安全构成实际威胁时拒绝服务动物：员工不应对某动物可能的行为主观臆断，而必须不同情况不同考虑，根据实际情境做出判断，而不能猜想、想当然或一概而论。如果员工认为某服务动物可能对他人健康或安全构成实际威胁，该员工会首先将自己的担心告知使用该服务动物的残障人士，然后提供机会给该人士作出回应和对该服务动物的行为进行必要的纠正。其他的措施也可以考虑。如果问题不能解决，该员工会给该人士两种选择：或者不携带该服务动物继续享受新今日巴士公司的设施和服务；或者将该服务动物妥善安置于巴士行李舱中（以不威胁该动物的安全为妥善）一起旅行。该员工也会与该残障人士合作寻求其他可以接受的处理办法。

# 新今日巴士公司
# 投诉处理程序

新今日巴士公司尽力遵守一切联邦和纽约州的反歧视法规，严肃对待对歧视行为的投诉。若发生任何被指为歧视的行为，员工知道后应马上通知投诉官，以便公司能立即调查，采取必要、恰当的措施予以纠正。

1.  新今日巴士公司投诉官将监督投诉处理过程：新今日巴士公司将指定一位熟悉纽约州和联邦反歧视法律并受过调查技术训练的管理者作为投诉官，监督公司的投诉处理过程。投诉官的职责是调查对歧视行为的指控和提出处罚建议。现指定俞宝华女士为公司的投诉官。她的电话是(718) 386-5533 和(212) 343-3281，地址是157 Allen Street #2D, New York, NY 10002。

2.  员工要将投诉立即上报投诉官：任何员工目击歧视事件或知道有人书面或口头投诉歧视行为，都要立即上报投诉官；如果投诉官不在，要立即上报其他上级。

3.  新今日巴士公司将立即调查对歧视行为的投诉：投诉官将马上进行彻底调查，回复每一起歧视报告或投诉，并给每起调查都作出书面报告。每份报告都要包括（一）投诉者与被投诉者姓名；（二）递交投诉的日期；（三）被投诉事件发生的日期与地点；（四）被投诉行为概述；（五）调查工作概述（例如列出从哪些证人取过证，等等）；（六）陈述所认定的事实依据；（七）对投诉的最后结论，包括提出的所有处罚和纠正的办法。新今日巴士公司将把这些书面报告保存于一个集中管理、易于获取的档案系统。

4.  新今日巴士公司将立即采取适当的纠正措施以回应对歧视行为的报告和投诉：对歧视行为的报告或投诉一旦被投诉官证实，新今日巴士公司将立即采取适当的纠正措施，用合理的办法立即防止歧视行为再次发生，甚至包括解雇员工。新今日巴士公司也会及时回复投诉人并马上通知调查结果。

# 新今日巴士公司
# 敬告残障人士

## 有关服务动物的政策

新今日巴士公司所有设施、场所都欢迎服务动物，服务动物可随乘客上车。

## 方便残障人士的巴士

新今日巴士公司可预备方便残障人士上下和使用的巴士，包括坐轮椅的人士。需要此类巴士的顾客，可以向公司当日负责人或公司的残障顾客接待协调员俞宝华女士提出要求。俞宝华女士的电话是(718) 386-5533, (212) 343-3281，地址是 157 Allen Street #2D, New York, NY 10002。

新今日巴士公司将在 24 小时以内，最多不晚于登车时间书面通知顾客，确认所提的要求。公司将尽快满足所有的要求，最多不晚于提出要求 48 小时之后。

## 顾客可以要求合理的特殊照顾

如果您有残障，因而需要合理的特殊照顾，您可以向公司当日负责人或公司的残障顾客接待协调员俞宝华女士提出要求。俞宝华女士的电话是(718) 386-5533, (212) 343-3281，地址是 157 Allen Street #2D , New York, NY 10002。

合理的特殊照顾包括改变新今日巴士公司的规章制度，以便使您能更方便地享用我们的设施或服务。

新今日巴士公司
敬告顾客

<u>有关投诉程序</u>

顾客的投诉、建议和问询可提交公司当日负责人或公司的投诉官俞宝华女士。俞宝华女士的电话是**(718) 386-5533** 和**(212) 343-3281**，地址是 **157 Allen Street #2D, New York, NY 10002**

如果您认为您因种族、肤色、宗教、祖籍、性别、性趋向或残障而受到歧视，您可以向下列机构投诉：

New York State Division of Human Rights (FEPA)
One Fordham Plaza, 4th Floor
New York, NY 10458
Phone: 718-741-8400
Fax: 718-741-3214
TTY: 718-741-8304
Website: http://www.nysdhr.com

Attorney General of New York State
Office of the Attorney General
Civil Rights Bureau
120 Broadway, 3rd Floor
New York, New York 10271-0332
Hotline: (800) 771-7755
Tel: (212) 416-8250
Fax: (212) 416-8074
Website: http://www.oag.state.ny.us

**EXHIBIT**

B

## NEW TODAY BUS CORP.'S EQUAL ACCESS AND ANTI-DISCRIMINATION POLICIES AND PROCEDURES FOR CUSTOMERS WITH DISABILITIES

### SUMMARY

It is unlawful, and against New Today Bus Corp.'s Anti-Discrimination Policies and Procedures for Customers with Disabilities (the "Policy"), for any employee to discriminate against an individual on the basis of disability.

In accordance with Washington D.C. and federal law and New Today Bus policy, New Today Bus allows individuals with disabilities who are accompanied by service animals to purchase tickets and board all buses with their service animals. Upon request, New Today Bus will provide a bus that is readily accessible to and usable by individuals with disabilities.

### GENERAL EQUAL ACCESS AND ANTI-DISCRIMINATION POLICY

An individual has a disability if the person (1) has a physical or mental impairment that substantially limits a major life activity, (2) has a record of such impairment, or (3) is perceived as having such impairment. A disability can be apparent, as in the case of someone who needs to use a wheelchair for mobility purposes, or not apparent, as in the case of someone with a cognitive or mental illness.

1. The Disability Access Coordinator will supervise the implementation of the Policy: New Today Bus will designate a supervisor who is knowledgeable about and trained in Washington D.C. and federal anti-discrimination laws to be its Disability Access Coordinator. The Disability Access Coordinator is responsible for oversight of the implementation of the Policy, and shall be available to assist employees with reviewing and responding to requests for reasonable accommodations, including requests for accessible buses. Ms. Pao Hua Yu is the Disability Access Coordinator. She can be contacted at (202) 408-8200 by telephone, or at 610 I Street, N.W. Washington, D.C. 20001 by mail.

1

2. <u>Employees will make reasonable accommodations for individuals with disabilities</u>: New Today Bus and its employees will ensure to customers with disabilities full and equal enjoyment of its services.

3. <u>Employees cannot require proof of disability</u>: Employees may not require an individual to provide proof of his or her disability or enquire about the nature or extent of a person's disability, including the diagnosis, detail about treatment, and medications taken, nor may any employee request copies of medical records or any other documentation of disability.

4. <u>Individuals with disabilities are not required to accept an accommodation or aid</u>: An individual with a disability is not required to accept an accommodation, aid, service opportunity, or benefit offered by New Today Bus. For example, an individual with a disability may choose to sit in any available seat on a bus and is not required to sit in a priority seat reserved for an individual with a disability. New Today Bus is also prohibited from requiring that an attendant or any other person accompany an individual with a disability in order that individual to use its services or facilities.

5. <u>Employees cannot discriminate against individuals because of their association with a disabled person</u>: New Today Bus shall not exclude or deny services to an individual because of the disability of a person with whom that individual is associated.

6. <u>Employees cannot discriminate against individuals with disabilities because of appearance or behavior resulting from a disability</u>: Employees shall not refuse to provide a service to a person with a disability solely because that person's disability results in appearance or involuntary behavior that may offend, annoy, or inconvenience employees or other persons.

7. <u>Employees shall provide boarding assistance to individuals with disabilities</u>: Those employees who are properly trained shall provide assistance, as needed, to individuals with disabilities in boarding and disembarking, including moving to and from the bus seat. New Today Bus employees shall not use or request the aid of non-employees for routine boarding or other assistance to individuals with disabilities, including aid from family members or

2

companions of the individual needing assistance, unless the individual requests or consents to assistance from those persons. New Today Bus will provide individuals with disabilities adequate time to board and disembark from a bus.

8. <u>Employees will permit passengers to travel with mobility aids on board buses:</u> To the extent possible, wheelchairs and other mobility aids used by individuals with disabilities shall be permitted in the passenger compartment of buses. If mobility aids cannot be accommodated in the passenger compartment, they shall be placed in the baggage compartment of the bus and shall be stowed before other baggage or cargo is loaded. When the bus is stopped, the driver or other employees shall help individuals with disabilities stow and retrieve mobility aids.

9. <u>New Today Bus shall not impose additional charges for providing accommodations to individuals with disabilities:</u> New Today Bus may not impose special charges on individuals with disabilities, including individuals who use wheelchairs, for providing services necessary to accommodate them.

10. <u>Employees will be trained in Washington D.C. and federal anti-discrimination laws and best practices to assist individuals with disabilities:</u> All employees will receive training about (1) the requirements of Washington D.C. and federal anti-discrimination laws; (2) best practices in providing customer service to individuals with disabilities; (3) the technical requirements of the law, such as how to provide safe and appropriate boarding assistance; and (4) the specific provisions of the Policy, including the requirements of the Complaint Procedure.

11. <u>Violations of the Policy will result in immediate disciplinary action:</u> Any employee found to have violated the Policy or to have discriminated against a customer in any way will be subject to immediate disciplinary action, which may include re-training, suspension, or termination.

# SERVICE ANIMAL POLICY

<u>Service animals are not pets.</u> Although the most commonly recognized service animals are "seeing eye dogs," they may be any type of animal and assist a person in any number of ways. A service animal is any guide dog, signal dog, or other animal individually trained to do work or perform tasks for the benefit of an individual with a disability. These tasks may include guiding individuals with impaired vision, alerting individuals with impaired hearing to intruders or sounds, providing rescue work, pulling a wheelchair, or fetching dropped items.

Under state laws, service animals can include any assistive animal that a disabled person needs because of a disability, whether or not that animal has been specifically trained to help the person.

1. <u>Service animals are welcome on board any New Today bus and in any of New Today Bus facilities that are open to its customers:</u> Employees shall not seek to separate a person with a disability from a service animal. A service animal may accompany an individual with a disability to all areas open to the public and will be permitted to travel on board buses at no additional cost.

2. <u>Employees cannot request proof or licensing of a service animal:</u> Employees may not request written proof that an animal is a service animal. If an employee is not certain that an animal is a service animal, he or she may ask the person who has the animal if it is a service animal required because of a disability but may not require any further proof.

3. <u>Employees are not required to care for service animals:</u> Employees are not required to supervise or care for a service animal.

4. <u>New Today Bus may exclude a service animal only if it poses a significant risk to the health or safety of others:</u> Employees shall not make assumptions about how a particular animal is likely to behave and must consider each situation individually, based upon the actual circumstances rather than on beliefs based upon speculation, stereotypes or generalizations. If an employee believes that a particular service animal may pose a significant risk to the health or safety of any person, the employee will first inform the individual with a disability who uses the service animal about the concerns and then

provide the individual with the opportunity to respond and correct the service animal's behavior, if necessary. Other measures should be considered as well. If the problem cannot be solved, the employee will offer the person the option of continuing to enjoy New Today Bus's facilities and services without the service animal or with the service animal being transported in an appropriate fashion (a fashion that is safe for the service animal) in the bus's luggage compartment and will work together with the individual to otherwise try to identify acceptable alternative accommodations.

## NOTICES TO INDIVIDUALS WITH DISABILITIES

### SERVICE ANIMAL POLICY

SERVICE ANIMALS ARE WELCOME IN ALL NEW TODAY BUS FACILITIES AND MAY ACCOMPANY PASSENGERS ON BOARD BUSES.

### ACCESSIBLE BUSES

**New Today Bus will provide buses that are readily accessible to and usable by individuals with disabilities, including individuals who use wheelchairs. A customer may request an accessible bus by contacting a supervisor on duty or**

Pao Hua Yu
New Today Bus Disability Coordinator
610 I Street, N.W.
Washington, D.C. 20001
Tel: (202) 408-8200

**New Today Bus will provide the Customer with written confirmation of the request within twenty-four hours and no later than at the time of boarding. All requests will be accommodated as soon as possible and no later than forty-eight hours from the time the request is made.**

### CUSTOMER REASONABLE ACCOMMODATION REQUESTS

**If you have a disability and as a result of your disability you need a reasonable accommodation, you can make this request by contacting a supervisor or**

Pao Hua Yu
New Today Bus Disability Coordinator
610 I Street, N.W.
Washington, D.C. 20001
Tel: (202) 408-8200

**A reasonable accommodation includes changes in New Today Bus's rules and policies that would make it easier for you to use our services or facilities.**

# COMPLAINT PROCEDURE

New Today Bus is committed to complying with all federal and Washington D.C. anti-discrimination laws and takes complaints of discrimination conduct very seriously. Employees should immediately notify the Complaint Officer of any acts of alleged discriminatory conduct of which he or she becomes aware so that New Today Bus can promptly investigate the allegations and take appropriate corrective action as necessary.

1. The New Today Bus Complaint Officer will oversea the complaint process: New Today Bus will designate a supervisor, who is knowledgeable about federal and Washington D.C. anti-discrimination laws and who is trained in investigatory techniques, to oversee New Today Bus's complaint process. The Complaint Officer is responsible for investigating allegations of discriminatory conduct and for making recommendations for discipline. Ms. Pao Hua Yu is the Complaint Officer. She can be contacted at (202) 408-8200 by telephone, or at 610 I Street, N.W. Washington, D.C. 20001 by mail.

2. Employees will immediately report complaints to the Complaint Officer: Any employee who witnesses an incident of discriminatory treatment or who becomes aware of a written or verbal complaint of alleged discriminatory conduct will immediately report the matter to the Complaint Officer or, if that person is not immediately available, to another supervisor.

3. New Today Bus will immediately investigate complaints of discriminatory treatment: The Complaint Officer will promptly and thoroughly investigate and respond to each report or complaint of alleged discriminatory conduct and will prepare a written report for each investigation. Each report will include (1) the name of the complaint and alleged wrongdoer(s); (2) the date the complaint was filed; (3) the date and place where the incident allegedly occurred; (3) a summary of the alleged conduct at issue; (4) a summary of the investigation (such as a list of the witnesses interviewed); (5) a recitation of the factual findings relied upon; and (6) the final

1

determination of the complaint, including any discipline or corrective action recommended. New Today Bus will maintain these written reports in a centralized and easily retrievable records system.

4. <u>New Today Bus will take immediate and appropriate corrective action to respond to reports and complaints:</u> If a report or complaint of discriminatory treatment is substantiated by the Complaint Officer, New Today Bus will take immediate and appropriate corrective action that is reasonably calculated to immediately stop any further discriminatory conduct, up to and including termination of an employee. New Today Bus will also promptly respond and communicate results of the investigation to the customer who submitted the complaint.

## CUSTOMER COMPLAINT NOTICE

**Customer complaints, suggestions and inquiries may be directed to a supervisor on duty or to:**

Pao Hua Yu
New Today Bus Complaint Officer
610 I Street, N.W.
Washington, D.C. 20001
Tel: (202) 408-8200

**If you believe that you have been discriminated against because of race, color, religion, national origin, sex, sexual orientation, or disability, you may submit a complaint to the following agencies:**

Departmental Office of Civil Rights
Office of the Secretary
U.S. Department of Transportation
400 Seventh Street, S.W.
Washington, D.C. 20590
Tel: (202) 366-4648 (voice)
      (202) 366-8538 (TDD)

Attorney General of Washington D.C.
Office of the Attorney General
441 4th Street NW, Suite 1060 N
Washington, DC 20001
Tel: (202) 727-3400 (Main)
      (202) 347-8922 (Fax)



# 新今日巴士公司
## 平等接待、反对歧视残障顾客的政策与规程

### 概要

任何员工因顾客有残障而歧视对待，都是违法的，也违反新今日巴士公司反对歧视残障顾客的政策与规程（以下简称"政策"）。

根据华盛顿哥伦比亚特区法律、联邦法律以及新今日巴士公司政策，新今日巴士公司允许带服务动物的残障人士购买车票并带着服务动物乘坐公司所有的巴士。若顾客提出要求，新今日巴士公司将预备方便残障人士上下和乘坐的巴士。

### 平等接待、反对歧视的一般政策

人若符合以下条件，即为有残障：（一）有生理或心理上的某种缺陷，严重限制生活中的某一重要活动；（二）拥有关于此种缺陷的记录；或者（三）被视为有此种缺陷。残障可以是显而易见的，例如有人需要轮椅代步，也可以是不明显的，例如某人有认知或心理上的疾病。

1. **残障顾客接待协调员为监督政策的施行**：新今日巴士公司将指定一位熟悉哥伦比亚特区和联邦反歧视法律并就此受过训练的管理者，作为公司的残障顾客接待协调员。此协调员的职责是监督政策的施行，并协助员工审查顾客合理的额外要求，包括要求提供方便残障人士上下的巴士，并作出反馈。现指定俞宝华女士为新今日巴士公司的残障顾客接待协调员。她的电话是（202）408-8200，地址是610 I Street, N.W., Washington, D.C. 20001。

2. **员工将在合理范围内额外照顾残障顾客**：新今日巴士公司及其员工将保证残障顾客能全面、平等地享受到公司的各种服务。

3. **员工不得要求出示残障证明**：员工不得要求顾客提供残障证明或询问残障的性质或程度，包括诊断结果、治疗细节、所用药物等，也不得要求顾客提供医疗纪录或任何其他有关残障的文件。

4. **残障顾客不必接受某种照顾或帮助**：残障人士不必接受新今日巴士公司提供的某种照顾、帮助、接受服务的机会或其他好处。例如，残障人士可以选择坐在巴士的任何一个空位上，而不必坐在残障人士专座。新今日巴士公司也不得要求专人陪同残障顾客，以便该顾客能享受公司的设施或服务。

1

5. 员工不得因某人与残障人士偕行而歧视该人：新今日巴士公司将不会因为某人与残障人偕行而排斥或拒绝为该人服务。

6. 员工不得因残障导致的外表或行为而歧视残障人士：员工将不会仅因残障导致的外表或不自主的行为使员工或其他人感到不适或不便，就拒绝为该残障人士服务

7. 员工应为残障人士上下车提供帮助：经过正确训练的员工应根据需要为残障人士上下车提供帮助，包括坐上和离开车座时。新今日巴士公司员工不得利用或要求非公司员工协助残障人士常规的上下车，甚至包括残障人士家人或同伴的协助，除非该残障人士要求或同意他们的协助。新今日巴士公司将给残障人士充分的时间上下车。

8. 员工将允许乘客携带代步工具上车：残障人士的轮椅及其他代步工具将尽量被允许带上乘客座位间。如果乘客座位间无法容纳，代步工具将于装载其他行李或货物之前被妥善置于行李舱内。巴士到站后，司机或其他员工应帮助残障人士将代步工具重新取出。

9. 新今日巴士公司不会向残障人士收取额外的服务费用：新今日巴士公司不会向残障人士收取额外服务费用，包括为使用轮椅的人士提供的额外服务。

10. 员工将接受哥伦比亚特区和联邦反歧视法规教育以及如何能最好地帮助残障人士的实践训练：全体员工将接受下列相关培训：（一）哥伦比亚特区和联邦反歧视法规的要求；（二）实践中如何最好地协助残障人士；（三）法律上的技术要求，例如如何安全正确地协助上车；（四）公司政策的具体要求，包括投诉程序的要求，等等。

11. 违反政策者，将立即受到处罚：任何员工，一旦被发现以任何方式违反政策或歧视顾客，将立刻受到处罚，包括重新培训，暂时停工或开除。

# 新今日巴士公司
## 投诉处理程序

新今日巴士公司尽力遵守一切联邦和哥伦比亚特区的反歧视法规，严肃对待对歧视行为的投诉。若发生任何被指为歧视的行为，员工知道后应马上通知投诉官，以便公司能立即调查，采取必要、恰当的措施予以纠正。

1.  新今日巴士公司投诉官将监督投诉处理过程：新今日巴士公司将指定一位熟悉哥伦比亚特区和联邦反歧视法律并受过调查技术训练的管理者作为投诉官，监督公司的投诉处理过程。投诉官的职责是调查对歧视行为的指控和提出处罚建议。现指定俞宝华女士为公司的投诉官。她的电话是（202）408-8200，地址是 610 I Street, N.W., Washington, D.C. 20001。

2.  员工要将投诉立即上报投诉官：任何员工目击歧视事件或知道有人书面或口头投诉歧视行为，都要立即上报投诉官；如果投诉官不在，要立即上报其他上级。

3.  新今日巴士公司将立即调查对歧视行为的投诉：投诉官将马上进行彻底调查，回复每一起歧视报告或投诉，并给每起调查都作出书面报告。每份报告都要包括（一）投诉者与被投诉者姓名；（二）递交投诉的日期；（三）被投诉事件发生的日期与地点；（四）被投诉行为概述；（五）调查工作概述（例如列出从哪些证人取过证，等等）；（六）陈述所认定的事实依据；（七）对投诉的最后结论，包括提出的所有处罚和纠正的办法。新今日巴士公司将把这些书面报告保存于一个集中管理、易于获取的档案系统。

4.  新今日巴士公司将立即采取适当的纠正措施以回应对歧视行为的报告和投诉：对歧视行为的报告或投诉一旦被投诉官证实，新今日巴士公司将立即采取适当的纠正措施，用合理的办法立即防止歧视行为再次发生，甚至包括解雇员工。新今日巴士公司也会及时回复投诉人并马上通知调查结果。

# 新今日巴士公司
# 有关服务动物的政策

　　<u>服务动物不是宠物</u>。人们最为熟知的服务动物是"导盲犬"，其实服务动物可以是任何一种以不同方式为人服务的动物。服务动物包括导盲犬，信号犬，以及任何一种经过个别训练来为残障人士代劳做事的动物。它们可以为视力有缺陷的人导向，在有人闯入或者有异响的时候警告听力有缺陷的人，提供救援，拉轮椅，或捡拾掉下的物品，等等。

　　根据本州法律，服务动物可以包括残障人士因为残障而需要的任何一种辅助性动物，不论该动物是否经过针对性的训练来帮助该残障人士。

1. <u>新今日公司所有的巴士以及对顾客开放的所有设施场所，都欢迎服务动物</u>：员工不得试图将残障人士与服务动物分开。服务动物可以跟随残障人士到所有对公众开放的场所，也允许乘车，不必为其支付额外费用。

2. <u>员工不得要求顾客出示服务动物证明或执照</u>：员工不得要求顾客出示某动物为服务动物的书面证明。如员工不能肯定某动物为服务动物，他/她可以询问携带该动物的人此动物是否因残障必需的服务动物，但不得要求出示更多证据。

3. <u>员工不必照料服务动物</u>：员工没有义务看管或照料服务动物。

4. <u>新今日巴士公司仅在服务动物对他人健康或安全构成实际威胁时拒绝服务动物</u>：员工不应对某动物可能的行为主观臆断，而必须不同情况不同考虑，根据实际情境做出判断，而不能猜想、想当然或一概而论。如果员工认为某服务动物可能对他人健康或安全构成实际威胁，该员工会首先将自己的担心告知使用该服务动物的残障人士，然后提供机会给该人士作出回应和对该服务动物的行为进行必要的纠正。其他的措施也可以考虑。如果问题不能解决，该员工会给该人士两种选择：或者不携带该服务动物继续享受新今日巴士公司的设施和服务；或者将该服务动物妥善安置于巴士行李舱中（以不威胁该动物的安全为妥善）一起旅行。该员工也会与该残障人士合作寻求其他可以接受的处理办法。

# 新今日巴士公司
# 敬告残障人士

## 有关服务动物的政策

新今日巴士公司所有设施、场所都欢迎服务动物，服务动物可随乘客上车。

## 方便残障人士的巴士

新今日巴士公司可预备方便残障人士上下和使用的巴士，包括坐轮椅的人士。需要此类巴士的顾客，可以向公司当日负责人或公司的残障顾客接待协调员俞宝华女士提出要求。俞宝华女士的电话是（202）408-8200，地址是 610 I Street, N.W., Washington, D.C. 20001。

新今日巴士公司将在 24 小时以内，最多不晚于登车时间书面通知顾客，确认所提的要求。公司将尽快满足所有的要求，最多不晚于提出要求 48 小时之后。

## 顾客可以要求合理的特殊照顾

如果您有残障，因而需要合理的特殊照顾，您可以向公司当日负责人或公司的残障顾客接待协调员俞宝华女士提出要求。俞宝华女士的电话是（202）408-8200，地址是 610 I Street, N.W., Washington, D.C. 20001。

合理的特殊照顾包括改变新今日巴士公司的规章制度，以便使您能更方便地享用我们的设施或服务。

新今日巴士公司
敬告顾客

<u>有关投诉程序</u>

顾客的投诉、建议和问询可提交公司当日负责人或公司的投诉官俞宝华女士。俞宝华女士的电话是（**202**）**408-8200**，地址是 **610 I Street, N.W., Washington, D.C. 20001**。

如果您认为您因种族、肤色、宗教、祖籍、性别、性趋向或残障而受到歧视，您可以向下列机构投诉：

Departmental Office of Civil Rights
Office of the Secretary
U.S. Department of Transportation
400 Seventh Street, S.W.
Washington, D.C. 20590
Tel: (202) 366-4648 (voice)
      (202) 366-8538 (TDD)

Attorney General of Washington D.C.
Office of the Attorney General
441 4th Street NW, Suite 1060 N
Washington, DC 20001
Tel: (202) 727-3400 (Main)
      (202) 347-8922 (Fax)

EXHIBIT C



New Today Bus Corp.
13 Allen Street
New York, NY 10002
PH: 718-386-5533

February 5, 2008

## CERTIFICATION

THIS IS TO CERTIFY under the penalties of perjury that I am the President of New

Today Bus Corp. which has been duly registered in the State of New York and the

District of Columbia, and that I have completed, and will continue to perform where

necessary, in a proper and ongoing manner, all stipulated requirements listed as

Paragraph 4. Stipulations (1)(a) through (1)(e) in the Settlement Agreement and Release

signed by Mr. Jahinnslerth Orozco and me on __5th__ day of February, 2008.


_____
Pao Hua Yu
President


_____
Notary Public

My commission expires: __11/01/2011__

EXHIBIT D

EXHIBIT

tabbies

D

New Today's Bus

8215043З9

*Void if detached

New Today's Bus          www.ApexBus.com
From: Rockville, MD    To: New York    One Way/Adult
Order Date:04/06/2007 12:33    Expires:4/6/2008
Date        **DEPART**
OPEN
FARE PAID: $25.00 Questions? Call 212-343-3280    **ARRIVE**

821504339

*Void if detached

NY: 13 Allen St., New York          Tel: 212-343-3280
PA: 121 N. 11th St., Philadelphia    Tel: 215-351-9168
DC: 6101 St., NW., DC               Tel: 202-408-8200
VA: 5215 W. Broad St., Richmond     Tel: 804-343-0152
VA: 649 New Town Rd., Norfolk       Tel: 757-490-7070
After hours: Please call local office for more info.

Note: Tickets are not refundable.
Please reconfirm your seat 45 mins before departure time.
Today's Bus not responsible for any personal belongings left on the bus.

