UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Jahinnslerth Orozco, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | Civil Action No. 07-444 |
| Today's Bus, Inc., et al., | ) | (EGS) |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S VOLUNTARY MOTION TO DISMISS THE COMPLAINT
AGAINST THE DEFAULTING DEFENDANTS**

Plaintiff hereby moves for dismissal with prejudice of his Complaint as amended against Today's Bus, Inc., Dong Jia Yong, Wilcar Tours, Inc., William Ruiz, and Tom Chan.

Plaintiff has entered into a Stipulation of Dismissal for the dismissal with prejudice of his Complaint as amended against Defendants New Today Bus Corporation, Pao Hua Yu, Ming Yu and Jimmy Zhang.

Attached is a proposed Order.

Respectfully submitted,

_____/s/_____
Marjorie Rifkin, Esq.
Sandra Bernstein, Esq.
University Legal Services
220 I Street, N.E., Suite 130
Washington, D.C. 20002
(202) 547-0198
(202) 547-2662 (facsimile)
mrifkin@uls-dc.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

Jahinnslerth Orozco,                )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )
                                    )
                                    )   Civil Action No. 07-444
Today's Bus, Inc., et al.,          )   (EGS)
                                    )
                    Defendants.     )
_____ )

Having reviewed PLAINTIFF'S VOLUNTARY MOTION TO DISMISS THE COMPLAINT AGAINST THE DEFAULTING DEFENDANTS, it is hereby

ORDERED that:

The Complaint as amended is hereby DISMISSED WITH PREJUDICE against Today's Bus, Inc., Dong Jia Yong, Wilcar Tours, Inc., William Ruiz, and Tom Chan.

_____
Honorable Emmet G. Sullivan
United States District Judge