**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Jahinnslerth Orozco,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) |
| | )   **Civil Action No. 07-444** |
| **Today's Bus, Inc., et al** | )   **(EGS)** |
| | ) |
| **Defendants.** | ) |
| | ) |

**ERRATA**

Plaintiff, through counsel, respectfully files the following correction to the electronic filing of Plaintiff's Stipulation of Dismissal of Ming Yu, New Today Bus Corp., Pao Hua Yu, and Jimmy Zhang, with Prejudice:

The Proposed Order was omitted and is filed herewith.

Respectfully Submitted,

_____/s/_____
Marjorie Rifkin, Esq.
Sandra Bernstein, Esq.
University Legal Services
220 I Street, N.E., Suite 130
Washington, DC  20002
(202) 547-0198
(202) 547-2662 (fax)
mrifkin@uls-dc.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAHINNSLERTH OROZCO<br>          Plaintiff<br><br>     v.<br><br>TODAY'S BUS, INC., *et. al.*<br>          Defendants | *<br>*<br>*<br>*<br>*  Case No.: 1:07CV00444 (EGS)<br>*<br>* |

## ORDER

Upon reviewing the Consent Stipulation for Dismissal and the Settlement Agreement between Plaintiff Jahinnslerth Orozco and Defendants New Today Bus Corp., Ming Yu, Pao Hua Yu, and Jimmy Zhang, appended thereto as Exhibit 1, it is HEREBY ORDERED:

Plaintiff Jahinnslerth Orozco's Complaint and Amended Complaint against Defendants, Ming Yu, New Today Bus Corp., Pao Hua Yu, and Jimmy Zhang, are hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. This Court shall retain jurisdiction to enforce the Settlement Agreement and Release entered between Plaintiff and Defendants.

DATED this ____ day of February, 2008.

................................................................
The Honorable Emmet G. Sullivan
United States District Judge